# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV Special Situations Master Fund Ltd.,     Plaintiff, <br><br> v. <br><br> Knight Libertas, LLC, et al.,     Defendants. | No. 3:08cv1769 (SRU) |

## CONFERENCE MEMORANDUM

On June 23, 2011, I held a telephone conference on the record with Andrew Kazin and Thomas Stagg, representing the plaintiff, and Jeff Robertson, Andrew Wright, and Howard Schiffman, representing the defendants. The purpose of the conference was to discuss the plaintiff's motions for leave to file a third amended complaint (doc. # 270) and to set a trial date (doc. # 279).

Plaintiff's motion for leave to file a third amended complaint is granted in part and denied in part as set forth on the record and in this memorandum. Plaintiff is permitted to add 3V Capital Master Fund Ltd. as an additional plaintiff and to seek, as one type of relief requested, the imposition of a constructive trust. Defendants are permitted to conduct limited discovery of new facts proffered in the third amended complaint concerning the Northern Offshore transfers. Plaintiff's motion to set trial dates is granted. Jury selection shall be held on January 13, 2012; trial shall begin January 16, 2012.

I further conveyed to the parties my intention to appoint, at the their expense, a partner from the accounting firm, Deloitte LLP as an expert witness in this case pursuant to Rule 706 of the Federal Rules of Evidence. The parties shall propose an order detailing the nature and scope of the expert's inquiry.

Dated at Bridgeport, Connecticut, this 7th day of July 2011.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge