UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV Special Situations Master Fund Ltd., et al.,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Knight Libertas, LLC, et al.,<br>　　　Defendants. | No. 3:08cv1769 (SRU) |

## CONFERENCE MEMORANDUM

On July 21, 2011 I held a telephone conference on the record with Andrew Kazin, Thomas Stagg, Debra Wabnik, and Brian Lacoff, representing the plaintiffs; Jeff Robertson, representing the defendants; and Robert Sprague, Adam Wesiman, and Mike Brodsky of Deloitte Financial Advisory Services LLP ("Deloitte FAS").  The purpose of the conference was to discuss appointment of Messrs. Weisman and Thomas Kaylor as expert witnesses in this case.

The parties confirmed having received the draft disclosure letter and engagement letter provided by Deloitte FAS and raised no objections.  The parties, having also been provided with a draft of the court's proposed order appointing the expert witnesses, raised no objections to the order.  Plaintiffs' motion concerning the proposed order (doc. # 287) is denied as moot.  The parties further represented that they are prepared to execute the engagement letter and comply with the retainer fee as set forth in the engagement letter.  Having received no objection to the appointment of Messrs. Weisman and Kaylor as expert witnesses in this case, I indicated that it was my intention to execute the order.  Accordingly, the parties were instructed to work with Deloitte FAS to execute the engagement letters and respond promptly to requests made by Deloitte FAS.

With respect to plaintiffs' motion for reconsideration, I set the following briefing schedule.  Defendants shall file their objection within ten days; plaintiffs shall file their reply within four days.

Dated at Bridgeport, Connecticut, this 21st day of July 2011.

/s Stefan R. Underhill
Stefan R. Underhill
United States District Judge