UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br><br><br> July 29, 2011 |

## DECLARATION OF GARY KATCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER

I, Gary Katcher, declare as follows:

1. I am one of the defendants in this action and respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Reconsider a Portion of the July 8, 2011 Order.

2. On or about May 5, 2008, New Libertas Holdings LLC ("New Libertas") sold Libertas Holdings LLC ("Libertas") to an acquisition corporation owned by Knight Capital Group, Inc. ("Knight").

3. In connection with the sale of Libertas, New Libertas and I agreed to jointly and severally indemnify Knight for certain items. One such item is the claim against defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, and Libertas Partners LLC in this lawsuit.

4. To satisfy the Court's July 8, 2011 order that certain funds be escrowed for the benefit of Plaintiffs, New Libertas recently sold more than $13 million worth of stock in unfavorable market conditions. Those proceeds will be deposited into an escrow account as the Court ordered.

5. An entity I control is one of approximately twelve members (*i.e.*, owners) of New Libertas.

6. No New Libertas member is entitled to any recovery on my claim against 3V Capital Master Fund Ltd. and SV Special Situations Master Fund Ltd. for return of my capital account valued at more than $4 million.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 29, 2011

*Gary Katcher*
/Gary Katcher

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski (ct25842)

1869148v1