UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 3:08cv1769 (SRU) |
| - against - | : | |
| | : | |
| KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, | : | July 29, 2011 |
| | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, | : | |
| | : | |
| Third-Party Defendants. | : | |

## DECLARATION OF JEFFREY F. ROBERTSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER

I, Jeffrey F. Robertson, declare as follows:

1.      I am an attorney admitted to practice before the courts of the State of New York and the District of Columbia and have been admitted to appear *pro hac vice* in this action pending before this Court, and I am associated with the law firm Schulte Roth & Zabel LLP, co-counsel for Defendants/Third-Party Plaintiffs Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher ("Defendants").

2.      I respectfully submit this declaration for the purpose of submitting to the Court documents produced during discovery and transcript excerpts in support of Defendants'

Opposition to Plaintiffs' Motion to Reconsider a Portion of the July 8, 2011 Order (the "Opposition").

       3.      Attached as exhibits to this declaration are true and correct copies of the following documents cited in Defendants' Opposition:

| Exhibit | Description |
|---------|-------------|
| 1 | Excerpt from the transcript of the June 23, 2011 telephonic conference in this matter |
| 2 | Excerpt from the transcript of the July 21, 2011 telephonic conference in this matter |
| 3 | Garwood Securities LLC March 2011 Statement of Account for SV Special Situations Master Fund Ltd. |
| 4 | SV Special Situations Master Fund Ltd. Balance Sheet (unaudited) as of January 31, 2011 |
| 5 | Excerpt from the transcript of the January 27, 2011 deposition of Scott A. Stagg |

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated:  July 29, 2011

                                         /s/ Jeffrey F. Robertson
                                         Jeffrey F. Robertson

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski (ct25842)

1869148v1

EXHIBIT 1

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

SV SPECIAL SITUATIONS MASTER   :  No. 3:08CV-1769 (SRU)
FUND LTD.                      :  915 Lafayette Boulevard
            vs.                :  Bridgeport, Connecticut
                               :
                               :  June 23, 2011
KNIGHT LIBERTAS, LLC, ET AL    :

- - - - - - - - - - - - - - - x


                 TELEPHONE CONFERENCE


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.


A P P E A R A N C E S:

    FOR THE PLAINTIFF:

        STAGG, TERENZI, CONFUSIONE & WABNIK
             401 Franklin Avenue - Suite 300
             Garden City, New York  11530
          BY: ANDREW KAZIN, ESQ.
             THOMAS STAGG, ESQ.

    FOR THE DEFENDANT:

        SCHULTE, ROTH & ZABEL, LLP
             1152 Fifteenth Street, NW
             Washington, DC  20005
          BY: HOWARD SCHIFFMAN, ESQ.
             JEFFREY ROBERTSON, ESQ.
             ANDREW P.C. WRIGHT, ESQ.


             Susan E. Catucci, RMR
             Official Court Reporter
             915 Lafayette Boulevard
          Bridgeport, Connecticut  06604
             Tel: (917)703-0761
```

1          THE COURT:  All right.

2          MR. SCHIFFMAN:  This is Mr. Schiffman.  Thank

3    you, Your Honor.

4          THE COURT:  Escrow accounts.  Again, let me cut

5    to the chase and tell you what I think we ought to do.  I

6    think we ought to get cash escrow accounts in the amounts

7    that were raised at the summary judgment argument.

8          Defendant should place $8,938,574.64 into an

9    escrow account and the plaintiff should place $4,124,542

10   into an escrow account.

11         I frankly think you ought to pay each other

12   those amounts but at a minimum they ought to be put in

13   escrow.  If you want to narrow the claim, claims and

14   counterclaims, it seems to me that's the way to do it, pay

15   those amounts off.  But there you go.  At a minimum they

16   ought to be put in escrow.  That ought to happen within 21

17   days.

18         MR. KAZIN:  Your Honor, Andrew Kazin.  If I can

19   just respond, there's two issues with that that present

20   problems.  First one is there's an obvious offset, right?

21   They owe more than we do, so if any money's being put in

22   escrow, the only side that should have to do that is their

23   side for the balance.  That's number one.

24         And perhaps even more significantly, they have a

25   PJR in state court, so what they would essentially be

1    getting is the 4.1 frozen twice and that, that's just

2    messed up.  It can't be.  They are putting our client

3    through a contempt hearing, through extensive disclosure.

4    They've moved to incarcerate him because they contend

5    there's been no compliance with putting up this 4.1.  They

6    are seeking to enforce this 4.1 million-dollar PJR in

7    state court.  So if we're now putting up an additional 4.1

8    in federal court --

9                THE COURT:  It doesn't have to -- Mr. Kazin.

10               MR. KAZIN:  -- we're doing it twice.

11               THE COURT:  Mr. Kazin, it does not have to be

12   additional.  There has to be $4,124,542 set aside for

13   them.  I don't know what the PJR says specifically,

14   whether it simply attaches that amount of money.  What I'm

15   saying is put it in an escrow account.  If you put it in

16   an escrow account, that's the account that could be

17   attached.  They've got belt and suspenders on that single

18   4.1 million.

19               MR. SCHIFFMAN:  I believe the PJR -- this is

20   Mr. Schiffman, Your Honor.  I believe if they brought 4.1

21   million into the State of Connecticut and placed it into

22   escrow, that would satisfy both your demands and the

23   demands of the PJR.

24               THE COURT:  Sounds like it.

25               MR. SCHIFFMAN:  And we're okay with that.

```
1              THE COURT:  Sounds like it.

2              MR. KAZIN:  Your Honor, that doesn't account for

3      the offset though.

4              THE COURT:  Well, but, look.  Sounds like you've

5      got to bring the money into the State for the State Court

6      anyway, so the offset I'm not sure is even an option.

7              MR. KAZIN:  Well, what we've done, we don't have

8      to bring the money into the State.  What we have to bring

9      into the State are assets worth 4.1 million-dollars, and

10     frankly one of those assets that's been tendered up, and

11     Mr. Schiffman's disagreed with us as to whether that's

12     appropriate or not and I guess that's an issue for the

13     State Court to decide, but one of the assets is the claim

14     in this litigation which they've acknowledged is at least

15     8.9 million-dollars.  Not cash.

16             THE COURT:  Well, here's one problem with the

17     offset theory.  The party, the parties that owe the

18     8.9 million are not necessarily the same as the party owed

19     the 4.1 million.  In other words, you're assuming that the

20     defendants are jointly and severally liable for the 8.9.

21     It's not apparent to me that that's the case.  The 4.1 is

22     owed directly to Ketcher.  So there may or may not be a

23     offset that applies here.

24             MR. KAZIN:  Understood, Your Honor.

25             THE COURT:  So --
```

C E R T I F I C A T E

I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ Susan E. Catucci
_____

Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (917) 703-0761

EXHIBIT 2

```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

SV SPECIAL SITUATIONS MASTER   :  No. 3:08CV-1769 (SRU)
FUND, LTD.                      :  915 Lafayette Boulevard
           vs.                  :  Bridgeport, Connecticut
                                :
                                :  July 21, 2011
KNIGHT LIBERTAS LLC, ET AL      :

- - - - - - - - - - - - - - - - x


               TELEPHONE CONFERENCE


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.


A P P E A R A N C E S:

    FOR THE PLAINTIFF:

          STAGG, TERENZI, CONFUSIONE & WABNIK
               401 Franklin Avenue - Suite 300
               Garden City, New York  11530
          BY:  ANDREW KAZIN, ESQ.
               DEBRA LYNNE WABNIK, ESQ.
               THOMAS STAGG, ESQ.

    FOR THE DEFENDANT:

          SCHULTE, ROTH & ZABEL, LLP
               1152 Fifteenth Street, NW
               Washington, DC  20005
          BY:  JEFFREY F. ROBERTSON, ESQ.


               Susan E. Catucci, RMR
               Official Court Reporter
               915 Lafayette Boulevard
          Bridgeport, Connecticut  06604
               Tel: (917)703-0761
```

1    spending a lot of time, frankly, trying to worry about

2    collecting what amounts to be a legitimate bill in

3    connection with this service.

4         So I guess I'd like to hear now if anybody has

5    any doubts about their ability to provide Deloitte with

6    prompt payment going forward.

7         MR. KAZIN:  Your Honor, Andrew Kazin.  We do not

8    have any doubt and we can, based on our client's

9    representations, we understand that Deloitte will be paid.

10        THE COURT:  Okay.

11        MR. ROBERTSON:  Your Honor, this is Jeff

12   Robertson on behalf of the defendants.  We have no

13   concerns about our own ability to fund Deloitte's fees.

14   However, we do have serious concerns about the plaintiff's

15   ability to do so, given their own representations as well

16   as their own efforts to discover their assets and the

17   restraining notices that we have on various of the

18   defendants that restrict their ability to use funds, so we

19   do have concerns and those are on the table and so Your

20   Honor and Deloitte is aware of them.

21        THE COURT:  Well, okay.  Let me hear from any of

22   the Deloitte representatives that would like to be heard

23   on any of the issues we've taken up so far.

24        MR. WEISMAN:  This is Adam Weisman on behalf of

25   Deloitte.  If both parties are comfortable that we will be

# EXHIBIT 3

# Statement of Account

**GARWOOD**
Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

SV SPECIAL SITUATIONS MASTER FUND
3 GREENWICH OFFICE PARK
GREENWICH CT 06831

**Account Information**
Account Number:      REDACTED
Financial Advisor #:   GZ33

**Your Financial Advisor**
DENNIS GERECKE

**Statement Period**
Mar. 1, 2011 to Mar. 31, 2011

**Office Serving You**
440 S. La Salle Street
Suite 2201
Chicago, IL  60605
(312) 566-0740

## Account Value Summary

| | | Local Currency | Exchange Rate | Base Currency (USD) |
|---|---|---|---|---|
| USD | Cash Account Balance | 0.00 | | 0.00 |
| USD | Margin Account Balance | 6,279.26 | | 6,279.26 |
| USD | Equities | 4,614.89 | | 4,614.89 |
| USD | Fixed Income | 31,249,250.44 | | 31,249,250.44 |
| USD | **TOTAL ACCOUNT VALUE** | 31,260,144.59 | 1.0000 | 31,260,144.59 |
| CAD | No Value To Report | 0.00 | | 0.00 |
| CAD | **TOTAL ACCOUNT VALUE** | 0.00 | 1.0282 | 0.00 |
| | **GRAND TOTAL (USD EQUIVALENT)** | | | 31,260,144.59 |

ACCOUNT VALUES ARE BASED ON PRICED SECURITIES. WE MAY BE UNABLE TO PRICE ALL SECURITIES IN YOUR ACCOUNT. FOR SOME OTHER FIXED INCOME SECURITIES, PRICES ARE APPROXIMATE
(NOT ACTUAL MARKET BIDS) AND ARE PROVIDED ONLY AS A GENERAL GUIDE. THEY DO NOT NECESSARILY REFLECT ACTUAL MARKET PRICES.

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC. • MEMBER  FINRA, NYSE AND SIPC

Confidential 3VC 02956

# GAR WOOD
Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Office Serving You**
440 S. La Salle Street
Suite 2201
Chicago, IL 60605
(312) 566-0740

**Account Information**
Account Number: REDACTED
Financial Advisor #: G233

**Your Financial Advisor**
DENNIS GERECKE
(312) 928-8065

SV SPECIAL SITUATIONS MASTER FUND
3 GREENWICH OFFICE PARK
GREENWICH CT 06831

## Account Value

| Asset Category | Current Value 02/28/11 | Price Value 02/28/11 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 0.00 | 0.00 | | | |
| Margin Account Balance | 6,279.26 | 12,559.26 | 0.02% | | |
| Equities | 4,614.89 | 5,277.29 | 0.01% | | |
| Fixed Income | 31,249,250.44 | 31,249,258.63 | 99.97% | 12,127,221.02 | 38.81% |
| **Total Portfolio Values** | **31,260,144.59** | **31,267,065.18** | **100.00%** | **12,127,221.02** | **38.79%** |
| **Total Account Value** | **31,260,144.59** | **31,267,065.18** | **100.00%** | **12,127,221.02** | **38.79%** |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Total Income | 0.00 | 0.00 |

## Asset Allocation



FIXED INCOME
99.97%

Items less than 2% are not reflected on this pie chart.

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER FINRA, NYSE AND SIPC

Page 1 of 12

Confidential 3VC 02957

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of objection to You to the contrary.

**1. Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with You or any Introducing Broker, and any of their successors, custodians and/or other entity(ies) in whose care the Account referenced on the face of this Account statement is carried or who may and/or entity(ies) in whose care the Account referenced on the face of this Account statement is carried or who may have any interest. "Introducing Broker" means a broker for whom You clear transactions on behalf of the Customer, which transactions are cleared through You, whether now or hereafter. "You," "Your" and "Yours" means all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now or hereafter existing, including interest, commissions, fees and charges, whether arising out of this Agreement or otherwise. "Obligations" means all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now existing or hereafter arising and all contracts and options relating thereto, whether for present or future delivery. "Your" or "Yours" refers to Penson Financial Services, Inc.

**2. Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and the Customer shall be liable to You for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

**3. Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in or for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations of the Customer to You, irrespective of whether You hold other collateral against such Obligations. You shall have the right to transfer Securities or other Property of the Customer from any of the Account of the Customer to You, to the fullest extent allowed by law. You shall have the right to transfer Securities or other Property of the Customer to You as defined, whenever You determine such action is necessary for Your protection.

**4. Lending Agreement; Margin or Short Accounts.** With respect to any margin or short Account maintained by the Customer, You are hereby authorized, in Your discretion, to borrow or to lend, either to Yourself or to others, any Securities or other Property held by You on margin for any Account or as collateral therefor.

**5. Account Carried as Introducing Broker.** The Customer understands that You are carrying the Account of the Customer as the clearing broker pursuant to a clearing agreement with the Introducing Broker through whose courtesy the Account of the Customer has been introduced to You.

**6. [continued]**

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:

a. ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.

b. ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

c. THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

d. THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

e. THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

f. THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

g. THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

**7. Other Agreements for Option Transactions, Charges.**

**8. Option Account.**

**9. Miscellaneous.**

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**SV SPECIAL SITUATIONS MASTER FUND**

**Account Information**
Account Number: REDACTED

### Portfolio Positions

| Cash & Equivalents | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Margin Account Balance | | Margin | | | | | | |
| **Total Cash & Equivalents** | | | | | 6,279.26 | 0.02% | | |

| Equities | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| ALLIED SYSTEMS HOLDINGS ***DUMMY FOR 01953P109****** ISIN US01953P1093 | ALSHDZ | Cash | 43,674 | N/A | | | | |
| AMERICAN RESTAURANT GROUP-A US0293098044 | ARUGA | Cash | 1,068,986 | 0.0001 | 106.89 | | | |
| AMERICAN RESTAURANT GROUP-B ***RESTRICTED FOR 02930988?*** | ARUGZZ | Cash | 171,713 | N/A | | | | |
| APPLIED EXTRUSION TECH ***RESTRICTED FOR 03819620U*** | APXTZZ | Cash | 17,316 | N/A | | | | |
| DELTA AIR LINES INC US2473617023 | DAL | Cash | 460 | 9.80 | 4,508.00 | 0.01% | | |
| FIBERMARK HOLDINGS LLC | FBMK | Cash | 54,228 | N/A | | | | |
| FIBERMARK HOLDINGS LLC * | FBMKDZ | Cash | 33,885 | N/A | | | | |
| IDLEAIRE TECHNOLOGIES CORPORATION 144A | ITUNIT | Cash | 34,125 | N/A | | | | |
| MIRANT CORPORATION ESCROW POSITION | MIRESC | Cash | 2,052,500 | N/A | | | | |
| MIRANT TRUST I CONV ESC 6.25% ***ESCROW** | MIRESS | Cash | 37,300 | N/A | | | | |
| NORTHWEST AIRLINES INC 9.5% PF ***CONTRA FOR 667280408 PAYS INT QTLY | NWBCON | Cash | 361,976 | N/A | | | | |
| SMART SMS CORP ***Restricted for 8317IW207*** | STMCZZ | Cash | 19,675,000 | N/A | | | | |
| **Total Equities** | | | | | 4,614.89 | 0.01% | | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC. ● MEMBER FINRA, NYSE AND SIPC

Confidential 3VC 02959

# GARWOOD
### Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

SV SPECIAL SITUATIONS MASTER FUND

## Portfolio Positions

| Fixed Income | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| ALTERNATIVE LN TR 2007-OH1 MTG PASS THRU CTF CL M-5 FLTG RATE: 2.221300 MATURITY: 04/25/47 Factor: 0.40581220 Current Face: 824204.58 | 02150KAJ8 | Cash | 2,031,000 | N/A | | | 18,308.06 | |
| ALTERNATIVE LN TR 2007-OH1 MTG PASS THRU CTF CL M-7 FLTG RATE: 2.221300 MATURITY: 04/25/47 | 02150KAK5 | Cash | 2,031,000 | N/A | | | 45,114.60 | |
| ALTERNATIVE LN TR 2007-OH1 MTG PASS THRU CTF CL B1 144A RATE: 3.145000 MATURITY: 04/25/47 | 02150KAT6 | Cash | 2,158,000 | N/A | | | 67,869.10 | |
| ALTERNATIVE LN TR 2007-OH1 MTG PASS THRU CTF CL B2 144A RATE: 3.145000 MATURITY: 04/25/47 | 02150KAU3 | Cash | 2,412,500 | N/A | | | 75,873.13 | |
| ALTERNATIVE LN TR 2007-OH1 MTG PASS THRU CTF CL B3 144A RATE: 3.145000 MATURITY: 04/25/47 Factor: 0.02403688 Current Face: 42723.34 | 02150KAV1 | Cash | 1,777,408 | N/A | | | 1,343.65 | |
| ALTERNATIVE LN TR 2007-AL1 MTG PASSTHRU CTF CL 1-M-5 FTLG RATE TE RATE: 2.221300 MATURITY: 06/25/37 Factor: 0.37280230 Current Face: 396914.60 | 02150NAH6 | Cash | 1,065,250 | N/A | | | 8,816.66 | |
| ALTERNATIVE LN TR 2007-AL1 MTG PASSTHRU CTF CL 2-A-1 144A RATE: 2.221300 MATURITY: 06/25/37 | 02150NAN3 | Cash | 1,765,000 | N/A | | | 39,205.95 | |
| ALTERNATIVE LN TR 2007-AL1 MTG PASSTHRU CTF CL 2-A-2 144A RATE: 2.221300 MATURITY: 06/25/37 | 02150NAP8 | Cash | 1,947,874 | N/A | | | 43,268.13 | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER FINRA, NYSE AND SIPC

Confidential 3VC 02960

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

### SV SPECIAL SITUATIONS MASTER FUND

## Portfolio Positions

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| ALTERNATIVE LN TR 2007-OA9 RES IDENTIAL MTG LN CL M-7 RATE: 2.221300  MATURITY: 06/25/47 | 02150YAL3 | Cash | 3,040,000 | N/A | | | 67,527.52 | |
| ALTERNATIVE LN TR 2007-OA9 RES IDENTIAL MTG LN CL M-8 RATE: 2.221300  MATURITY: 06/25/47 | 02150YAM1 | Cash | 1,013,000 | N/A | | | 22,501.77 | |
| ALTERNATIVE LN TR 2007-OA9 RES IDENTIAL MTG LN CL M-9 RATE: 2.221300  MATURITY: 06/25/47 | 02150YAN9 | Cash | 3,040,000 | N/A | | | 67,527.52 | |
| CWALT INC 2005-J5 CL B-3 RATE: 5.669200  MATURITY: 05/25/35 | 12667GHU0 | Cash | 1,576,300.5 | N/A | | | 89,363.63 | |
| CWALT INC 2005-J5 CL B-4 RATE: 5.669200  MATURITY: 05/25/35 Factor: 0.18964942 Current Face: 238148.01 | 12667GHV8 | Cash | 1,261,000.5 | N/A | | | 13,557.78 | |
| CWALT INC 2005-J5 CL B-5 RATE: 5.669200  MATURITY: 05/25/35 Factor: 0.03596212 Current Face: 34048.71 | 12667GHW6 | Cash | 946,793.7 | N/A | | | 1,930.29 | |
| CWALT INC 2005-J9 CL B-3 2005-J9 CLASS B-3 MORTGAGE PASS THRU CERTIFICATES RATE: 5.971900  MATURITY: 08/25/35 | 12667GV75 | Cash | 926,100 | 5.621 | 52,056.08 | 0.17% | 55,305.77 | 106.24% |
| CWALT INC 2005-J9 CL B-4 RATE: 5.971900  MATURITY: 08/25/35 Factor: 0.22959202 Current Face: 182250.15 | 12667GV93 | Cash | 793,800 | N/A | | | 10,883.80 | |
| CWALT INC 2005-J9 CL B-5 RATE: 5.974900  MATURITY: 08/25/35 Factor: 0.16530966 Current Face: 129248.93 | 12667GV91 | Cash | 661,459.33 | N/A | | | 7,722.49 | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER FINRA, NYSE AND SIPC

Page 4 of 12

Confidential 3VC 02961

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

SV SPECIAL SITUATIONS MASTER FUND

**Account Information**
Account Number: REDACTED

### Portfolio Positions

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| CWALT ALTERNATIVE LN TR SER 20 06-OA19 RATE: 3.202500  MATURITY: 02/20/47 | 12668RAU2 | Cash | 4,287,000 | N/A | | | 137,291.18 | |
| CWALT ALTERNATIVE LN TR SER 20 06-OA19 RATE: 3.202500  MATURITY: 02/20/47 Factor:  0.00339390 Current Face:  10392.12 | 12668RAV0 | Cash | 3,062,000 | N/A | | | 332.81 | |
| CWALT ALTERNATIVE LN TR SER 20 06-OA19 RATE: 4.937500  MATURITY: 02/20/47 Factor:  0.02421889 Current Face:  70153.91 | 12668RAW8 | Cash | 2,896,661 | N/A | | | 3,463.85 | |
| COLLINS & AIKMAN CO GUAR RATE: 10.750000  MATURITY: 12/31/11 CALL PRICE:  105.38  DATE: 12/31/06 | 19483ZAD3 | Cash | 91,000 | 0.001 | .91 | | 9,782.50 | |
| CREDIT SUISSE FIRST BOSTON MTG SECS CORP FOR PUT RATE: 7.876300  MATURITY: 02/25/34 Factor:  0.03030616 Current Face:  56824.05 | 22541QTX0 | Cash | 1,875,000 | N/A | | | 4,475.63 | |
| DELTA AIR LINES INC DEL PASS T HRU TRS RATE: 9.500000  MATURITY: 01/12/17 Factor:  1.00000000 Current Face:  200000.00 | 247367AK1 | Cash | 200,000 | N/A | | | 19,180.00 | |
| EQUIFIRST MTG LN TR RATE: 3.871300  MATURITY: 10/25/34 Factor:  0.00165039 Current Face:  16061.60 | 29445FBT4 | Cash | 9,732,000 | N/A | | | 621.79 | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.  ● MEMBER FINRA, NYSE AND SIPC

Page 5 of 12

Confidential 3VC 02962

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

SV SPECIAL SITUATIONS MASTER FUND

## Portfolio Positions

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| FLEMING COS INC CO GUAR ***IN DEFAULT*** RATE: 10.625000  MATURITY: 07/31/07 | 339130AT3 | Cash | 1,500,000 | N/A | | | | |
| IWO HLDGS INC SR NT RATE: 14.000000  MATURITY: 01/15/11 CALL PRICE: 102.33  DATE: 01/05/09 | 45071TAD7 | Cash | 2,000,000 | N/A | | | 280,000.00 | |
| IDLEAIRE TECHNOLOGIES CPN=0% TIL 6/08; THEN 13% ISSD UNDER 144A RATE: 0.000000  MATURITY: 12/15/12 CALL PRICE: 106.50  DATE: 12/15/09 | 45169FAA6 | Cash | 37,105 | N/A | | | | |
| IDLEAIRE TECHNOLOGIES CPN=0% TO 6/08; 13% THEREAFTER ISS'D IN EXCH OF 144A/REGS RATE: 0.000000  MATURITY: 12/15/12 CALL PRICE: 106.50  DATE: 12/15/09 | 45169FAE8 | Cash | 36,125,000 | N/A | 3,612.50 | 0.01% | | |
| MORGAN STANLEY DEAN WITTER CAP I TR RATE: 5.070000  MATURITY: 10/25/31 | 61746WLC2 | Cash | 15,291,000 | N/A | | | 775,253.70 | |
| OAKWOOD HOMES CORP**IN DEFAULT CALL @ > OF PAR OR MAKE WHOLE +25BP DEFAULTED RATE: 8.125000  MATURITY: 03/01/09 | 674098AE8 | Cash | 1,015,000 | N/A | | | 82,468.75 | |
| OAKWOOD HOMES CORP SR NOTES POISON PUT @ 101% ** IN DEFAULT ** RATE: 7.875000  MATURITY: 03/01/04 | 674098AF5 | Cash | 69,000 | N/A | | | 5,433.75 | |
| SOUTHERN ENERGY INC N Y IN DEFAULT RATE: 7.900000  MATURITY: 07/15/09 | 842815SA2 | Cash | 5,380,000 | N/A | | | 425,020.00 | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER FINRA, NYSE AND SIPC

Page 6 of 12

Confidential 3VC 02963

# GARWOOD
Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

SV SPECIAL SITUATIONS MASTER FUND

**Account Information**
Account Number:  REDACTED

**Statement Period**
March 1, 2011 to March 31, 2011

### Portfolio Positions

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| UNITED AIR LINES INC ACQUIRED BY UAL INC 08/01/1 969 EQUIP T R CTF 1991 SER A RATE: 10.110000   MATURITY: 0105/06 | 909279AE1 | Cash | 4,000,000 | N/A | | | 404,400.00 | |
| UNITED AIR LINES INC ACQUIRED BY UAL INC 08/01/1 969 EQUIP T R CTF 1991 SER A RATE: 10.850000   MATURITY: 07/05/4 | 909279AG6 | Cash | 4,600,000 | 30.686 | 1,411,556.00 | 4.52% | 499,100.00 | 35.36% |
| UNITED AIR LINES DEBS RATE: 9.760000  MATURITY: 05/13/06 | 909279AK7 | Cash | 9,255,000 | 28.455 | 2,633,510.25 | 8.42% | 903,298.00 | 34.30% |
| UNITED AIR LINES UAL9.76 RATE: 9.760000   MATURITY: 05/27/06 | 909279AM3 | Cash | 11,735,000 | 76.50 | 8,977,275.00 | 28.72% | 1,145,336.00 | 12.76% |
| UNITED AIR LINES INC ACQUIRED BY UAL INC 08/01/1 969 EQUIP T R CTF SER 1991 C RATE: 10.360000   MATURITY: 11/13/12 | 909279AN1 | Cash | 1,950,000 | 45.581 | 888,829.50 | 2.84% | | |
| UNITED AIR LINES INC ACQUIRED BY UAL INC 08/01/1 969 EQUIP T R CTF SER 1991 D RATE: 10.360000   MATURITY: 11/2/012 | 909279AP6 | Cash | 4,000,000 | 76.50 | 3,060,000.00 | 9.79% | 14,400.00 | 0.47% |
| UNITED AIR LINES INC ACQUIRED BY UAL INC 08/01/1 969 EQUIP T R CTF SER 1991 E RATE: 10.360000   MATURITY: 11/27/12 | 909279AQ4 | Cash | 16,020,000 | 76.50 | 12,255,300.00 | 39.20% | 1,659,672.00 | 13.54% |
| UNITED AIR LINES 1993-A PASS T HRU TR PASS THRU CTF SER 1993-A3 RATE: 8.390000   MATURITY: 01/2/11   Factor: 0.28891336   Current Face: 1964610.85 | 909286AC0 | Cash | 6,800,000 | 73.318 | 1,440,413.38 | 4.61% | | |

ACCOUNTS CARRIED BY PERSHING FINANCIAL SERVICES, INC.   • MEMBER FINRA, NYSE AND SIPC

Confidential 3VC 02964

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

## Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

### Portfolio Positions

SV SPECIAL SITUATIONS MASTER FUND

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| UNITED AIR LINES 1993-A PASS THRU TR PASS THRU CTF SER 1993-A4<br>RATE: 9.210000  MATURITY: 01/21/17<br>Factor: 0.40680497<br>Current Face: 7761521.15 | 90928A6AD8 | Cash | 19,074,999 | 6.786 | 526,696.82 | 1.68% | 714,836.10 | 135.72% |
| UNITED AIRLS 1993-B PASSTHRU TR<br>RATE: 8.310000  MATURITY: 03/26/09<br>Factor: 0.81367221<br>Current Face: 3668034.32 | 90928RAA8 | Cash | 4,508,000 | N/A | | | 304,813.65 | |
| UNITED AIRLS 1993-B PASSTHRU TR<br>RATE: 9.060000  MATURITY: 09/26/14 | 90928RAB6 | Cash | 25,422,000 | N/A | | | 2,303,233.20 | |
| UNITED AIRLS 1993-C PASSTHRU TR PASS THRU CTF SER 1993-C2<br>RATE: 9.060000  MATURITY: 06/17/15<br>Factor: 0.67965324<br>Current Face: 1019479.86 | 90928TAA4 | Cash | 1,500,000 | N/A | | | 92,364.88 | |
| UNITED AIRLS 1993-C PASSTHRU TR<br>RATE: 8.310000  MATURITY: 06/17/09 | 90928TAB2 | Cash | 15,500,000 | N/A | | | 1,288,050.00 | |
| WASHINGTON MUT MTG PASS THRU C TFS WMALT SER 2006<br>RATE: 3.145000  MATURITY: 11/25/46<br>Factor: 0.12200531<br>Current Face: 794254.57 | 939346AV4 | Cash | 6,510,000 | N/A | | | 24,979.31 | |
| WASHINGTON MUT MTG PASS THRU C TFS WMALT SER 2006<br>RATE: 4.958900  MATURITY: 11/25/46<br>Factor: 0.06768571<br>Current Face: 441165.37 | 939346AW2 | Cash | 6,517,851 | N/A | | | 21,868.13 | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER FINRA, NYSE AND SIPC

Page 8 of 12

Confidential 3VC 02965

# GARWOOD Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

# Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

## SV SPECIAL SITUATIONS MASTER FUND

### Portfolio Positions

| | Symbol/Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| WASHINGTON MUT MTG SECS CORP<br>RATE: 4.956900  MATURITY: 05/25/046 | 93934FQM7 | Cash | 3,400,000 | N/A | | | 168,534.60 | |
| WASHINGTON MUTUAL MORTGAGE<br>PASS-THROUGH CERT CLASS B-14<br>RATE: 4.211200  MATURITY: 05/25/046 | 93934FQN5 | Cash | 3,002,264 | N/A | | | 126,431.34 | |
| WASHINGTON MUT MTG PASS THRU C<br>TFS WMALT SER 2006<br>RATE: 3.145000  MATURITY: 07/25/046<br>Factor: 0.33232333<br>Current Face: 668299.19 | 9393SABE1 | Cash | 2,014,000 | N/A | | | 21,049.46 | |
| WASHINGTON MUT MTG PASS THRU C<br>TFS WMALT SER 2007 -0A1 TR MTG<br>PASSTHRU CTF CL B-13 144A<br>RATE: 3.145000  MATURITY: 12/25/046<br>Factor: 0.26020736<br>Current Face: 1141529.69 | 9393SNAV6 | Cash | 4,387,000 | N/A | | | 35,901.11 | |
| WASHINGTON MUT MTG PASS THRU C<br>TFS WMALT SER 2007 -0A1 TR MTG<br>PASSTHRU CTF CL B-14 144A<br>RATE: 4.956900  MATURITY: 12/25/046<br>Factor: 0.15372618<br>Current Face: 393782.98 | 9393SNAW4 | Cash | 2,561,587 | N/A | | | 19,519.43 | |
| Total Fixed Income | | | | | $1,249,250.44 | 99.97% | $2,287,224.02 | 38.61% |

### Options

| | Symbol/Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| SPIRALFROG INC_WTS .50 092813<br>EXPIRES 09/28/13 | SLFGW | Cash | 218,182 | N/A | | | | |
| SPIRALFROG INC_WTS .50 092413<br>EXPIRES 09/24/13 | SFRGW | Cash | 27,273 | N/A | | | | |
| SPIRALFROG INC_WTS .50 091613<br>EXPIRES 09/16/13 | SFRGWT | Cash | 190,909 | N/A | | | | |

Confidential 3VC 02966

# GARWOOD
## Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

# Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**    REDACTED
Account Number:

SV SPECIAL SITUATIONS MASTER FUND

## Portfolio Positions

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| SPIRALFROG INC .WTS .50 082813 EXPIRES 08/28/13 | SPFGIW | Cash | 136,364 | N/A | | | | |
| SPIRALFROG INC .WTS .50 081713 EXPIRES 08/17/13 | SPFGWT | Cash | 308,182 | N/A | | | | |
| SPIRALFROG INC .WTS .50 080413 EXPIRES 08/04/13 | SPLWT | Cash | 272,728 | N/A | | | | |
| SPIRALFROG INC .WTS .50 080313 EXPIRES 08/03/13 | SPLW | Cash | 1,636,365 | N/A | | | | |
| SPIRALFROG INC .WTS .50 022713 EXPIRES 02/27/13 | SPLFW | Cash | 463,637 | N/A | | | | |
| Total: Options | | | | | 0.00 | | | |

| Total: Account Net Assets/Equity | | $1,906,144.59 | 100.00 | 12,123,224.02 | 361.67% |

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

## Account Activity

| Cash Account | Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| | | Cash | | | OPENING BALANCE | | 0.00 |
| | 03/22/11 | Cash | Delivered | -304 | UNO RESTARANT MERGER SUB INC S R SECD NT ***DELETED 08/06/10 HOLDINGS DELETED 8/6 10 | | |
| Total: Cash Account Balance | | | | | | | 0.00 |

Confidential 3VC 02967

## GARWOOD
### Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

# Statement of Account

**Statement Period**
March 1, 2011 to March 31, 2011

**Account Information**
Account Number: REDACTED

*Account Activity*

SV SPECIAL SITUATIONS MASTER FUND

**Margin Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | 12,529.26 |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (850.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| 03/31/11 | Margin | Journal | | MONTHLY MAINTENANCE 11/04 | | (900.00) |
| **Total Margin Account Balance** | | | | | | **6,279.26** |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC. • MEMBER FINRA, NYSE AND SIPC

Page 11 of 12

Confidential 3VC 02968



GARWOOD
Securities LLC

Gar Wood Securities
440 S La Salle Street
Suite 2201
Chicago, IL 60605
Tel: (312) 556-0740

# Statement of Account

| | Account Information | |
|---|---|---|
| | Account Number: | REDACTED |

| | Statement Period |
|---|---|
| | March 1, 2011 to March 31, 2011 |

**SV SPECIAL SITUATIONS MASTER FUND**

**Settled Trades Summary:**

| | | |
|---|---|---|
| TOTAL PURCHASED (USD): | 0.00 | TOTAL SHARES PURCHASED: | 0.00 |
| TOTAL SOLD (USD): | 0.00 | TOTAL SHARES SOLD: | 0.00 |

A copy of the Penson Financial Services, Inc. (PFSI) Statement of Financial Condition at December 31, 2010 is available on the website at www.penson.com. A copy may also be obtained at no cost by calling 1-888-321-6162. At December 31, 2010, PFSI had net capital of $139,495,210, and was $96,493,676 in excess of its required net capital (and firms) and its excess net capital of $43,001,534. At February 28, 2011, PFSI had net capital of $141,651,483 and was $96,180,304 in excess of its required net capital of $46,471,179.

It is your responsibility to review your confirmations and statements upon receipt or when they are made available electronically. Transactions shall be conclusive and binding upon you if no written objection is made to PFSI (within 10 days after available). In all cases PFSI reserves the right to determine the validity of any objection to the information contained in the account statement.

Securities Investor Protection Corporation ("SIPC") does not cover commodity contracts and options on futures. For information about SIPC or to request a SIPC brochure, please see www.sipc.org or contact SIPC at (202) 371-8300.

DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price. In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.

FINRA Rule 2340 requires that we advise you to promptly report any inaccuracy or discrepancy in your account to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
http://www.finra.org/web/groups/rules_regs/documents/notice_to_members/p018130.pdf

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.

Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: ftp://public.s3.com/f1ac1-6/pfsi, or a written copy will be furnished at no cost upon request via telephone to 214-765-1009 or email to cs@penson.com.

SEC Rule 606(b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

FINRA REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE FINRA'S PUBLIC DISCLOSURE PROGRAM (PROGRAM). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR FINRA, CONTACT THE FINRA PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE FINRA WEB SITE AT www.finrabrokercheck.com

*End of Statement*

Page 12 of 12

Confidential 3VC 02969

EXHIBIT 4

# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

### ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905

Thomas E. Stagg*◊
Ronald M. Terenzi△
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Christopher B. Anderson△0
Han Sheng Beh*
Jason R. Bleck*
Jacqueline M. Della Chiesa
Cara M. Goldstein
Brian Lacoff*
Scott K. Maxwell△
Haley E. Olam△
Jessica M. Prunell
Sahar Shirazi
Michelle E. Tarson*
Shawn Tock°

Of Counsel
John C. Polera△
Kristen Renzulli*
Viktoria S. Garo

*Also Admitted NJ
△Also Admitted CT
◊Also Admitted DC
°Also Admitted Ontario

February 17, 2011

**Via Facsimile Transmission**
The Honorable John F. Blawie
Superior Court
Judicial District of Stamford/Norwalk
at Stamford
123 Hoyt Street
Stamford, Connecticut 06905

Attention: Alex Gotchal

  Re: Katcher v. 3V Capital Partners, LP, et al.,
    FST-CV-08 5008383 S (X05)

Dear Mr. Gotchal:

  We represent defendants 3V Capital Partners LP, 3V Capital Advisors LLC, Scott A. Stagg, Stagg Capital Group LLC, Stagg Capital Partners, LLC, SV Special Situations Master Fund Ltd., SV Special Situations Fund Ltd., SV Special Situations Fund LP and SV Special Situations (EURO) Fund, Ltd. in the above-referenced matter.



The Honorable John F. Blawie
February 17, 2011
Page 2


    We respectfully request that the attached document be delivered to attorney Melvin A. Simon, Esq. who is appearing in court this morning on this matter.


                       Respectfully submitted,

                       Andrew Kazin

                       Andrew Kazin


AK:jr
Enclosure

**SV Special Situations Master Fund, Ltd.**
**Balance Sheet (unaudited)**

| Assets | 1/31/2011 |
|---|---|
| Cash | - |
| Litigation Receivable | 13.1 |
| | |
| *Investments:* | |
| MAS Global (former Smart assets) | 23.7 |
| **Total assets** | **36.8** |
| | |
| Creditor claims | 36.1 |
| Other liabilities | 0.1 |
| **Total Liabilities** | **36.2** |
| | |
| Equity | 0.6 |

EXHIBIT 5

Case 3:08-cv-01769-SRU Document 296 Filed 07/29/11 Page 33 of 34
VIDEOTAPED DEPOSITION OF SCOTT STAGG
CONDUCTED ON THURSDAY, JANUARY 27, 2011

1 (Pages 1 to 4)

**Page 1**

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 2   -------------------------------------X
 3   SV SPECIAL SITUATIONS MASTER FUND, LTD,
 4              Plaintiff,
 5        - against -
 6   KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC,
     LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC and
 7   GARY KATCHER,
 8         Defendants and Third-Party Plaintiffs,
 9        - against -
10   MARK A. FOCHT, SCOTT A. STAGG and 3V CAPITAL
     MANAGEMENT LLC,
11
             Third-Party Defendants.
12
     -------------------------------------X
13
             January 27, 2011
14           10:09 a.m.
15
16       EXAMINATION BEFORE TRIAL of SCOTT A. STAGG,
17   taken by the Respective Parties, held at the
18   Offices of Schulte Roth & Zabel LLP, 919 Third
19   Avenue, New York, New York, on the above mentioned
20   date and time, before Melissa Jimenez-De Armas, a
21   Notary Public for and within the State of New York.
22
23
24
25
```

**Page 2**

```
 1   A P P E A R A N C E S :
 2
 3   STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
        Attorney for Scott Stagg
 4        401 Franklin Avenue, suite 300
          Garden City, New York 11530
 5   BY:  ANDREW KAZIN, ESQ.
 6
 7   SCHULTE ROTH & ZABEL, LLP
        Attorney for Gary Katcher
 8        1152 Fifteenth Street NW
          Washington, DC 20005
 9   BY:  HOWARD SCHIFFMAN, ESQ
10        ANDREW P.C. WRIGHT, ESQ.
11        JEFFREY F. ROBERTSON, ESQ.
12
13
14
15
16
17   ALSO PRESENT:
18        GARY KATCHER
19        DAVID SANDERS, Videographer
20
21        *       *       *
22
23
24
25
```

**Page 3**

```
 1              C O N T E N T S
 2
 3   Examination of Scott Stagg          Page No.
 4   by Mr. Schiffman                      12
 5
 6
 7              E X H I B I T S
 8
 9
10   Exhibit Nos.     Description        Page No.
11   56      a document entitled SV        41
12           Special Situations Fund,
13           Page 1 to Page 23.
14
15   57      a document entitled 3V        125
16           Capital Partners LP,
17           Limited Partnership Agreement
18           as Amended and Restated July 15th,
19           2004. Bearing Bates Stamp Numbers
20           3VC 00130 through 3VC 00158.
21
22   58      a four-page document entitled   127
23           Agreement made this 1st day
24           of December 2004, by and between
             Libertas Holdings LLC and
25           3V Capital Management.
```

**Page 4**

```
 1
 2   59      a document entitled Stagg       130
 3           Capital Group LLC transactions
 4           related to SV Special Situations
 5           Master Fund. Bearing Bates Stamps
 6           00671 to 677.
 7
 8   60      a Affidavit of Scott A. Stagg    136
 9           dated February 24th, 2010.
10
11   61      Bates Stamp K051929,            138
12           Bear Stearns account statements.
13
14   62      Bear Stearns account           139
15           Statement bearing Bates
16           Stamp K051931.
17
18   63      one-page document on the       210
19           letterhead of Libertas Partners
20           LLC, dated April 15th, 2008.
21           Signed by Gary Katcher to Mark Focht.
22
23   64      documents Bates Stamped        211
24           K05268 through K05270.
25
```

Case 3:08-cv-01760-SRU Document 296 Filed 07/29/11 Page 34 of 34

73

1  Q. Were you behind?
2  **A. Yes, we were very behind.**
3  Q. Had an NAV actually been calculated for
4  March of 2008 when they quit in July? Yes or no.
5  **A. I don't know for certain.**
6  Q. Had an NAV been calculated for April, in
7  April of 2008, when they quit in July?
8  **A. I don't know.**
9  Q. Had there been an NAV calculated for May of
10 2008 when they quit in July?
11 **A. I don't believe so.**
12 Q. How about June of 2008?
13 **A. I don't think so.**
14 Q. Who calculated the NAV for May of 2008?
15 **A. Ultimately HSBC did. When they terminated**
16 **the relationship, they gave us sixty days notice,**
17 **and ultimately they calculated the NAVs for all**
18 **those back months.**
19 Q. So what months did they calculate the NAV
20 for?
21 **A. Through July of 2008.**
22 Q. Through July of 2008, they actually did the
23 NAV calculation?
24 **A. Yes.**
25 Q. Now, who calculated the NAV for -- did they

74

1  do July of 2008?
2     MR. KAZIN: Note my objection.
3  **A. They did.**
4  Q. Who calculated the NAV for August of 2008?
5  **A. They started to do it, but I think we put**
6  **together an estimate, and by the time we put you**
7  **know, we -- I think I had suspended redemptions in**
8  **the fall, early in the fall, so by that time we**
9  **stopped producing NAVs anyway.**
10 Q. Has anybody produced an NAV for SV at any
11 time since August of 2008?
12 **A. No.**
13 Q. Does SV have any money which it advanced to
14 anybody for services to be rendered by them to SV?
15    MR. KAZIN: Which entity, the master fund
16    you're talking about?
17    MR. SCHIFFMAN: Any of the SV entities.
18 **A. Can you clarify the question?**
19 Q. The legal fees. Money put aside for legal
20 fees.
21 **A. At this point, I don't believe so.**
22 Q. There is no money left in the legal fee
23 fund?
24 **A. Well, there is money, there is a payable for**
25 **Mass Global, so if SV needs to pay legal fees, they**

75

1  **basically ask for a repayment of the monies or**
2  **receivable.**
3  Q. How much money -- what's the receivable for
4  Mass Global?
5  **A. I don't know what the number is.**
6  Q. Ballpark?
7  **A. I don't know.**
8  Q. You have no idea? Ten dollars, a hundred
9  dollars, a million dollars?
10    MR. KAZIN: Note my objection.
11 **A. I don't know.**
12 Q. You have no idea?
13 **A. No.**
14    MR. KAZIN: Note my objection.
15 Q. Who owns Mass Global?
16 **A. Mass Global is probably ninety-eight percent**
17 **owned by SV Special Situations, Amir Khan owns**
18 **probably a half percent, and the 3V Capital Fund,**
19 **the offshore feeder, owns probably one and a half**
20 **percent.**
21 Q. Have you ever had any ownership interest in
22 Mass Global?
23 **A. I didn't, personally, no.**
24 Q. Have you ever had an ownership interest?
25 **A. No.**

76

1  Q. You don't know the amount of the receivable
2  owned by Mass Global, a company that you're the
3  director of?
4     MR. KAZIN: Note my objection.
5  **A. I don't want to speculate.**
6  Q. You have no ballpark?
7     MR. KAZIN: Objection.
8  **A. I'd rather not speculate.**
9  Q. Which fund of the SV fund had actually owned
10 Mass Global?
11 **A. The master fund.**
12 Q. The master fund owns ninety what percent?
13 **A. I think it's about ninety-eight percent.**
14 Q. Ninety-eight percent of Mass Global and SV
15 Special Situations Fund LTD, does it have any
16 ownership interest in Mass Global?
17 **A. The feeder funds don't own the securities.**
18 Q. And Stagg Capital Group does or does not
19 have an ownership interest?
20 **A. No.**
21 Q. So Amir Khan owns what?
22 **A. Like half percent or something.**
23 Q. So who owns the other one and a half
24 percent?
25 **A. 3V Capital Fund, the offshore entity.**