UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

       Plaintiffs,                            Case No. 3:08-cv-01769-SRU

- against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,

- against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

---

## CERTIFICATE OF SERVICE

     I hereby certify that on August 5, 2011, a copy of the foregoing REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER was filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              STAGG, TERENZI, CONFUSIONE
                                              & WABNIK. LLP

               BY:      s/ Andrew Kazin
                       ANDREW KAZIN (ct-24833)
                       Attorneys for Plaintiff SV Special Situations Master
                       Fund Ltd. and 3V Capital Master Fund Ltd.
                       **Office & P.O. Address:**
                       401 Franklin Avenue, Suite 300
                       Garden City, New York 11530
                       Tel: (516) 812-4500
                       Fax: (516) 812-4600
                       Email: akazin@stcwlaw.com