UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND
LTD. and 3V CAPITAL MASTER FUND, LTD.,

      Plaintiff,

- against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

      Defendants/Third-Party Plaintiffs,

- against –

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

      Third-Party Defendants.

Case No. 3:08cv1769 (SRU)

---

## AFFIDAVIT OF SCOTT A. STAGG

I, Scott A. Stagg, being duly sworn, do hereby depose and say:

1.    I am over the age of eighteen and believe in the obligations of an oath. I am the sole Director of plaintiff SV Special Situations Master Fund Ltd. ("SV Master Fund"). I have personal knowledge of the facts set forth in my affidavit, and they are true and accurate to the best of my knowledge and belief.

2.    The July 8, 2011 Order of this court directs SV Master Fund to set aside $4,124,542 for the benefit of defendant Gary Katcher.

3.  SV Master Fund cannot fully comply with this directive because it only has $51,315.59 in cash assets as evidenced by the attached Chase account statement dated July 29, 2011. (Exhibit A.)

4.  Moreover, SV Master Fund's prime brokerage account at GarWood had a total account value of $16,729.57 as of June 30, 2011. (Exhibit B.)

5.  SV Master Fund has no other accounts.

_____
SCOTT A. STAGG

Sworn to before me this
5 day of August, 2011

_____
Notary Public

ANDREW KAZIN
Notary Public, State of New York
No. 02KA6041567 Nassau
Qualified in Queens County
Commission Expires May 8, 2012