UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND LTD., <br><br> Plaintiff, <br><br> - against - <br><br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br><br><br><br><br><br><br><br> August 9, 2011 |

### DECLARATION OF JEFFREY F. ROBERTSON

I, Jeffrey F. Robertson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the District of Columbia and have been admitted to appear *pro hac vice* in this action before this Court, and I am associated with the law firm Schulte Roth & Zabel LLP, co-counsel for Defendants Knight Libertas LLC, Knight Libertas Holdings LLC,

DOC ID-17203391.1

Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher (collectively, "Defendants").

2. I respectfully submit this Declaration for the purpose of submitting to the Court excerpts of transcripts of proceedings in this litigation, pleadings in this and other litigation between related parties, and certain other documents.

3. The statements in this Declaration are true to the best of my knowledge, information and belief.

4. Attached as exhibits to this Declaration are true and correct copies of the following documents and excerpts of deposition testimony cited in *Defendants' Memorandum in Support of Motion to Modify Scope of Rule 706 Order*:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Excerpt from the transcript of the May 4, 2011 summary judgment hearing |
| B | Excerpt from the June 23, 2011 telephonic conference |
| C | Excerpt from the July 21, 2011 telephonic conference |
| D | Excerpt from *Defendants' Proposed Findings of Fact and Conclusions of Law Regarding Hearing on Plaintiff's Motion for Contempt*, No. FST-CV-08-5008383-S(X05) (Ct. Super. Court, Stamford) (August 2, 2011) |
| E | Comparison of *Order Appointing Expert Pursuant to Federal Rule of Evidence 706* (Dkt. 289) and *Defendants' Proposed Order* |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  August 9, 2011

                                                /s/ Jeffrey F. Robertson
                                                Jeffrey F. Robertson

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski

#1994475v1

DOC ID-17203391.1                                     -4-