UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND LTD., <br><br> Plaintiff, <br><br> - against - <br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br><br><br><br> September 20, 2011 |

### MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher ("Defendants") respectfully move, on consent, for a two-day extension of time from September 21, 2011 to and including September 23, 2011, in which to file their opposition to Plaintiffs' Renewed Motion to

Reconsider a Portion of the July 8, 2011 Order (the "Renewed Motion to Reconsider"). In support of this motion, the undersigned attorneys for the Defendants respectfully represent:

1. Plaintiffs filed their Renewed Motion to Reconsider on August 31, 2011. Accordingly, under Rule 7(a) of the Local Rules of Civil Procedure, the deadline for the Defendants to oppose plaintiffs' motion is September 21, 2011.

2. The requested additional time is needed for Defendants and their undersigned counsel to analyze the issues raised in plaintiffs' motion, conduct appropriate factual and legal research, and to prepare appropriate consequent papers.

3. Defendants respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

4. Plaintiffs' counsel has consented to the extension of time sought herein.

5. This is Defendants' first request for an extension of the time of the deadline sought to be extended hereby.

6. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the Defendants respectfully request that this Court grant a two-day extension from September 21, 2011 to and including September 23, 2011, for the Defendants to file their opposition to Plaintiffs' Renewed Motion to Reconsider a Portion of the July 8, 2011 Order; together with such other and further relief as the Court deems proper.

DEFENDANTS,
KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS
LLC, LIBERTAS PARTNERS LLC AND
GARY KATCHER


By: /s/ Eric Lubochinski
    Frederick S. Gold  (ct03560)
    Eric Lubochinski  (ct25842)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT 06901
    Tel. (203) 324-8100
    Fax (203) 324-8199
    E-mail: fgold@goodwin.com
    E-mail: elubochinski@goodwin.com

    and

    Howard Schiffman (phv03720)
    Jeffrey F. Robertson (phv04028)
    Schulte Roth & Zabel LLP
    919 Third Avenue
    New York, NY 10022
    Telephone: (212) 756-2000
    Facsimile: (212) 593-5955
    E-mail: howard.schiffman@srz.com
    E-mail: jeffrey.robertson@srz.com

    Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric J. Lubochinski (ct25842)