UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV Special Situations Master Fund Ltd., et al.,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Knight Libertas, LLC, et al.,<br>　　　Defendants. | No. 3:08cv1769 (SRU) |

## CONFERENCE MEMORANDUM

　　On October 4, 2011 I held a telephone conference off the record with Robert Sprague, Adam Weisman, Thomas Kaylor, and Mike Brodsky of Deloitte Financial Advisory Services LLP ("Deloitte").  The purpose of the conference was to discuss the status of Deloitte's audit. Mr. Sprague reported that Deloitte was still reviewing the parties' records, and he estimated that Deloitte might need an additional two months to complete their expert reports. He also suggested I hold a telephone conference with both parties to discuss Deloitte's outstanding record request.

　　I gave Deloitte a two month extension for their reports, and agreed to schedule a telephone conference.

　　Dated at Bridgeport, Connecticut, this 6th day of October 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge