# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
(212) 324-3800

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Han Sheng Beh*
Jason R. Bleck*
Jacqueline M. Della Chiesa
Patrique Denize
Cara M. Goldstein
Brian Lacoff*
Scott K. Maxwell∆
Haley E. Olam∆
Jessica M. Prunell
Justin Rowe
Sahar Shirazi
Michelle E. Tarson*
Shawn Tock°

Of Counsel
John C. Polera∆
Kristen Renzulli*
Viktoria S. Garo

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC
°Also Admitted Ontario

October 17, 2011

**Via ECF**
The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

  Re: SV Special Situations Master Fund Ltd.
     v. Knight Libertas LLC, et al.
     No. 3:08cv1769 (SRU)

Dear Judge Underhill:

  We represent plaintiffs 3V Capital Master Fund Ltd. and SV Special Situations Master Fund Ltd. in this matter. A conference is scheduled for 2:30 p.m. tomorrow. Defendants indicated that they intend to raise the importance of special issues relating to Deloitte's assignment. We have requested that defendants advise us of what these issues are so that we are aware of the conference's agenda, but defendants have not done so. We respectfully request that the Court direct defendants to disclose the issues that they intend to raise by 10:00 a.m. tomorrow.

The Honorable Stefan R. Underhill
October 17, 2011
Page 2

Respectfully submitted,

s/ Andrew Kazin

Andrew Kazin (ct24833)

AK:jr
cc:  Anna Munoz, Esq. (via email)
    Howard Schiffman, Esq.
    Jeffrey F. Robertson, Esq.
    Andrew Wright, Esq.
    Frederick S. Gold, Esq.
    Eric Lubochinski, Esq.