

**SHIPMAN & GOODWIN** LLP®

COUNSELORS AT LAW

Frederick S. Gold
Phone: (203) 324-8110
Fax: (203) 324-8199
fgold@goodwin.com

October 17, 2011

<u>Via ECF</u>

The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

      Re:    SV Master Fund Ltd. et al v. Knight Libertas LLC, et al.
               No. 3:08cv1769 (SRU)

Dear Judge Underhill,

      Please accept this as Defendants' response to Plaintiffs' counsel's letter request earlier today regarding the conference scheduled before Your Honor tomorrow afternoon pursuant to Deloitte's request. As we previously communicated to Ms. Muñoz (and counsel) in connection with arranging the conference, Defendants respectfully wish to raise the consequences (including the impact on the trial schedule) of Deloitte's unexpected request for two additional months to complete its assignment pursuant to the Court's prior orders. I am advised that Defendants' lead trial counsel last week discussed with Plaintiffs' counsel the scheduling-related issues concerning Deloitte's request.

      We look forward to appearing before Your Honor at 2:30 p.m. tomorrow.

      Thank you for Your Honor's consideration.

                                                         Very respectfully yours,

                                                        Frederick S. Gold

FSG:dc

cc:    Anna Muñoz, Esq. (via email)
        All Counsel of Record (via email)