UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND LTD., | |
| Plaintiff, | |
| - against - | Case No. 3:08cv1769 (SRU) |
| KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, | |
| Defendants/Third-Party Plaintiffs, | |
| - against - | |
| MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, | October 24, 2011 |
| Third-Party Defendants. | |

### JOINT MOTION FOR EXTENSION OF
### TIME TO DEPOSE COURT APPOINTED EXPERT WITNESSES

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, plaintiffs SV Special Situations Master Fund Ltd. and 3V Capital Master Fund Ltd. and defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher (collectively, the "Parties") respectfully jointly move to extend their deadline to depose the two court appointed experts in this action until January 31, 2011. In support of this motion, the undersigned attorneys for the Parties respectfully represent:

1. By Order dated July 21, 2011, the Court appointed Thomas C. Kaylor and Adam Weisman, both of Deloitte Financial Advisory Services, LLP, as expert witnesses pursuant to Federal Rule of Evidence 706 (the "Rule 706 Witnesses").  The Court ordered the Rule 706 Witnesses to file a written report on or before September 21, 2011, and further ordered that any Party seeking to depose either Rule 706 Witness must do so between October 5, 2011 and October 19, 2011.

2. By Order dated August 22, 2011, the Court *sua sponte* extended the Rule 706 Witnesses' deadline to file their report until October 19, 2011.

3. By Order dated October 6, 2011, confirmed during an October 18, 2011 status conference, the Court again extended the Rule 706 Witnesses' deadline to file their report until December 19, 2011.  The Court also extended the Parties' deadline to depose the Rule 706 Witnesses until 10 days after the report is filed.

4. Under the existing schedule, the Parties will likely be required to conduct the foregoing depositions during the holiday season.  To avoid this scenario, the Parties respectfully request an extension until January 31, 2011 to depose the Rule 706 Witnesses.  The extension of this deadline will not impact any other deadlines that have been set by the Court.

5. The Parties respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

6. This is the Parties' first request for an extension of the deadline sought to be extended hereby.

7.      This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, the Parties respectfully request that this Court grant an extension of time, until January 31, 2011, to depose the Rule 706 Witnesses; together with such other and further relief as the Court deems proper.

| | |
|---|---|
| **PLAINTIFFS,** <br> **SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND LTD and THIRD PARTY DEFENDANTS SCOTT A. STAGG and 3V CAPITAL MANGEMENT LLC** | **DEFENDANTS,** <br> **KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC AND GARY KATCHER** |

By: /s/ Andrew Kazin
    Andrew Kazin (ct24833)
    Debra L. Wabnik (ct24768)
    Thomas E. Stagg (ct23429)
    Stagg, Terenzi, Confusione & Wabnik, LLP
    401 Franklin Avenue, Suite 300
    Garden City, New York 11530
    Tel. (516) 812-4500
    Fax: (516) 812-4605
    E-mail: akazin@stcwlaw.com

By: /s/ Eric Lubochinski
    Eric Lubochinski  (ct 25842)
    Frederick S. Gold (ct03560)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT 06901
    Tel. (203) 324-8100
    Fax: (203) 324-8199
    elubochinksi@goodwin.com
    fgold@goodwin.com

    Howard Schiffman (*pro hac vice*)
    Jeffrey F. Robertson (*pro hac vice*)
    Schulte Roth & Zabel LLP
    1152 Fifteenth Street, NW
    Suite 850
    Washington, DC 20005
    Tel. (202) 729-7470
    Fax: (202) 730-4520
    E-mail: howard.schiffman@srz.com
    E-mail: jeffrey.robertson@srz.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski