UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

       Plaintiffs,                                 Case No. 3:08cv1769 (SRU)

      - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,       NOVEMBER 1, 2011

      - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

---

**PLAINTIFFS' SUPPLEMENTAL MOTION TO
RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER**

Plaintiffs SV Special Situations Master Fund Ltd. ("SV Master Fund") and 3V Capital Master Fund Ltd. ("3V Master Fund"), by their attorneys, Stagg, Terenzi, Confusione & Wabnik, LLP, respectfully moves pursuant to Fed. R. Civ. P. 54 and Local Rule 7(c) for an order modifying the July 8, 2011 order solely to the extent that that order directed SV Master Fund to place $4,124,542 in escrow for defendant Gary Katcher's benefit.

Dated:   Garden City, New York
         November 1, 2011

          Respectfully Submitted,

          **STAGG, TERENZI, CONFUSIONE**
          **& WABNIK, LLP**

By:   <u>     s/ Andrew Kazin                  </u>
       Andrew Kazin (ct-24833)
Attorneys for Plaintiffs SV Special Situations
Master Fund Ltd. and 3V Capital Master Fund Ltd.
**Office and P.O. Address:**
401 Franklin Avenue, Suite 300
Garden City, New York  11530
(516) 812-4500