UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

               Plaintiffs,                              Case No. 3:08-cv-01769-SRU

               - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

               Defendants/Third-Party Plaintiffs,

               - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

               Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

       I hereby certify that on November 1, 2011, a copy of the foregoing PLAINTIFFS'
SUPPLEMENTAL MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011
ORDER was filed electronically and served by mail on anyone unable to accept electronic
service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's
electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the
Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                               STAGG, TERENZI, CONFUSIONE
                               & WABNIK. LLP

       BY:           s/ Andrew Kazin
                      ANDREW KAZIN (ct-24833)
                      Attorneys for Plaintiffs SV Special Situations
                      Master Fund Ltd. and 3V Capital Master Fund Ltd.
                      **Office & P.O. Address:**
                      401 Franklin Avenue, Suite 300
                      Garden City, New York 11530
                      Tel: (516) 812-4500
                      Fax:  (516) 812-4600
                      Email:  akazin@stcwlaw.com