UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND, LTD.,

   Plaintiff,          Case No.  3:08cv1769 (SRU)

  - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

   Defendants/Third-Party Plaintiffs,  NOVEMBER 1, 2011

  - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

   Third-Party Defendants.

---

**AFFIRMATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL
MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER**

  Andrew Kazin, an attorney duly admitted to practice before this Court, and not a party to this action, hereby affirms under the penalties of perjury as follows:

  1. I am a member of the firm of Stagg, Terenzi, Confusione & Wabnik, LLP, attorneys of record for plaintiffs, SV Special Situations Master Fund Ltd. ("SV Master Fund") and 3V Capital Master Fund Ltd. ("3V Master Fund").  I am fully familiar with the facts set forth in this affirmation.

  2. I submit this affirmation in support of plaintiffs' supplemental motion pursuant to Fed. R. Civ. P. 54 and Local Rule 7(c) for an order modifying the July 8, 2011 order solely to the

extent that that order directed SV Master Fund to place $4,124,542 in escrow for defendant Gary Katcher's benefit.

3.  During the October 18, 2011 conference, the Court denied plaintiffs' renewed motion to relieve plaintiffs of posting $4.1 million in escrow for defendant Katcher's benefit. The Court held that plaintiffs had not demonstrated that they lacked the financial ability to raise the $4.1 million. The Court suggested that plaintiffs should attempt to obtain the $4.1 million by offering up the claims in this litigation as collateral. From October 19, 2011 to October 26, 2011, I contacted ten potential sources of funds. None agreed to provide plaintiffs with the $4.1 million. The specific results are as follows:

   a. Oasis Legal Finance, LLC advised that it does not provide funds to plaintiffs involved in commercial litigation;[1]
   b. Equinox Legal Funding. Equinox advised that Equinox limits itself to financing plaintiffs in personal injury actions;[2]
   c. American Legal Funding advised that it lacks the funds to lend $4.1 million;[3]
   d. Stone Street Capital, LLC considered the investment too risky. Stone Street's email declining to pursue the matter further with SV Master Fund is annexed hereto as Exhibit D;[4]
   e. EPS Settlements Group advised that it could not source the funds prior to judgment;[5]
   f. Black Robe Capital LLC advised that the investment would be too risky. A copy of Black Robe's email is annexed hereto as Exhibit G.[6]

---

[1] A copy of the home page from Oasis Legal Finance's website is annexed hereto as Exhibit A.
[2] A copy of the home page from Equinox Legal Funding's website is annexed hereto as Exhibit B.
[3] A copy of the home page from American Legal Funding's website is annexed hereto as Exhibit C.
[4] A copy of the home page from Stone Street Capital, LLC's website is annexed hereto as Exhibit E.
[5] A copy of the home page from EPS Settlements Group's website is annexed hereto as Exhibit F.

    g. LH Funding Corp. advised that it would not provide $4.1 million to SV Master Fund. A copy of the email I received from LH Funding is annexed as Exhibit I;[7]

    h. Provident Litigation Funding advised that it would not provide $4.1 million to SV Master Fund. A copy of the email I received from Provident is annexed as Exhibit K;[8] and

    i. Golden Pear Funding. I expect to receive a response from Golden Pear later this week.

4. Accordingly, plaintiffs have made a good faith effort to raise the $4.1 million required by the July 8, 2011 Order but have been unable to do so.

Dated: November 1, 2011

                                                                          s/ Andrew Kazin
                                                                        Andrew Kazin (ct-24833)

---

[6] A copy of the home page from Black Robe Capital's website is annexed hereto as Exhibit H.
[7] A copy of the home page from LH Funding Corp.'s website is annexed hereto as Exhibit J.
[8] A copy of the home page from Provident Litigation Funding's website is annexed hereto as Exhibit L.