UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

       Plaintiffs,                       Case No. 3:08-cv-01769-SRU

       - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,

       - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

---

## CERTIFICATE OF SERVICE

     I hereby certify that on November 1, 2011, a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER was filed electronically and served by mail on anyone unable to accept electronic service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                       STAGG, TERENZI, CONFUSIONE
                       & WABNIK. LLP

       BY:      s/ Andrew Kazin
              ANDREW KAZIN (ct-24833)
              Attorneys for Plaintiffs SV Special Situations
              Master Fund Ltd. and 3V Capital Master Fund Ltd.
              **Office & P.O. Address:**
              401 Franklin Avenue, Suite 300
              Garden City, New York 11530
              Tel: (516) 812-4500
              Fax:  (516) 812-4600
              Email:  akazin@stcwlaw.com