# Schulte Roth & Zabel LLP

1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
202.729.7470
202.730.4520 fax

www.srz.com

Writer's Direct Number
202.729.7478

Writer's E-mail Address
jeffrey.robertson@srz.com

November 10, 2011

**VIA ECF**

The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

   Re: *SV Special Situations Master Fund Ltd. et al v. Knight Libertas LLC et al*
     D. Conn., No. 3:08cv1769 (SRU)

Dear Judge Underhill:

  Please accept this as Defendants' response to Plaintiffs' counsel's letter request earlier today regarding an additional order or status conference.

  Plaintiffs' request is unnecessary gamesmanship. Had Plaintiffs bothered to inquire as to the status of Defendants' response to Deloitte, we would have advised them that earlier today we provided today comprehensive responses to Deloitte's numerous requests.[1] Indeed, since the October 18, 2011 conference, we have worked diligently to, among other things, (a) identify within the thousands of pages of documents previously provided to Deloitte many of the items that Deloitte has requested; (b) locate additional documents that may be responsive to Deloitte's requests (many of which were not previously in discovery and required extraordinary efforts by our clients), including an analysis prepared at Knight's request *after* the parties agreed to the terms of the Libertas acquisition, which is not responsive to any specific request but we nonetheless are producing to avoid even the appearance of non-cooperation; and (c) substantively answer Deloitte's pointed, in-depth questions. Defendants' response was delayed, in part, by receipt just *two days ago* of additional requests from Deloitte.[2] In light of

---

[1] In fact, when Plaintiffs' counsel inquired on Friday, November 4, 2011 about the status of our response to Deloitte, we advised Mr. Kazin that we anticipating being able to provide a comprehensive response within a week—a self-imposed deadline with which Defendants have worked feverishly to comply. (*See* Exh. A.)

[2] Plaintiffs' suggestion that Defendants "would like nothing more than to delay Deloitte's report" is meritless. Whether Deloitte's report is filed on December 19, 2011 (the current deadline) or some short period thereafter will

The Honorable Stefan R. Underhill
November 10, 2011
Page 2

Defendants' efforts to respond to Deloitte's requests, Plaintiffs' suggestion that Defendants have not cooperated with Deloitte is baseless.

Given that Defendants have provided additional documents and comprehensive responses to Deloitte earlier today, we respectfully submit that Plaintiffs' request for an additional order or telephone conference is unnecessary and moot.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Jeffrey F. Robertson

Jeffrey F. Robertson

Enclosure

cc:   All Counsel of Record (via ecf)

---

not delay the already-extended Deloitte deposition period or the May trial date.  Moreover, Defendants fully anticipate that their comprehensive responses will expedite Deloitte's work.

DOC ID-17675568.3

# EXHIBIT A

Case 3:08-cv-01769-SRU    Document 329    Filed 11/10/11    Page 3 of 6

## Wright, Andrew

**From:** Robertson, Jeffrey
**Sent:** Friday, November 04, 2011 2:32 PM
**To:** 'Andrew Kazin'
**Subject:** RE: SV v. Knight

Correct.

**From:** Andrew Kazin [mailto:akazin@stcwlaw.com]
**Sent:** Friday, November 04, 2011 2:29 PM
**To:** Robertson, Jeffrey
**Subject:** RE: SV v. Knight

I take it we are getting the Sandler Oneill materials?

**From:** Robertson, Jeffrey [mailto:Jeffrey.Robertson@srz.com]
**Sent:** Friday, November 04, 2011 2:21 PM
**To:** Andrew Kazin
**Subject:** RE: SV v. Knight

I assume you received our expert disclosures last night, no? Only asking because emails with multiple attachments sometimes get bounced.

**From:** Andrew Kazin [mailto:akazin@stcwlaw.com]
**Sent:** Friday, November 04, 2011 2:18 PM
**To:** Robertson, Jeffrey
**Subject:** RE: SV v. Knight

Thanks

**From:** Robertson, Jeffrey [mailto:Jeffrey.Robertson@srz.com]
**Sent:** Friday, November 04, 2011 2:17 PM
**To:** Andrew Kazin
**Subject:** RE: SV v. Knight

Best guess right now is some time next week.

**From:** Andrew Kazin [mailto:akazin@stcwlaw.com]
**Sent:** Friday, November 04, 2011 1:19 PM
**To:** Robertson, Jeffrey
**Subject:** RE: SV v. Knight

Please give me your best guestimate so that I am not in a position to say I have left it open ended.

**From:** Robertson, Jeffrey [mailto:Jeffrey.Robertson@srz.com]
**Sent:** Friday, November 04, 2011 10:04 AM
**To:** Andrew Kazin
**Subject:** RE: SV v. Knight

11/10/2011

Hard to say exactly, but as soon as we can.

**From:** Andrew Kazin [mailto:akazin@stcwlaw.com]
**Sent:** Friday, November 04, 2011 10:02 AM
**To:** Robertson, Jeffrey
**Subject:** RE: SV v. Knight

Time frame?

**From:** Robertson, Jeffrey [mailto:Jeffrey.Robertson@srz.com]
**Sent:** Friday, November 04, 2011 10:00 AM
**To:** Andrew Kazin
**Subject:** RE: SV v. Knight

We have.  Knight has located materials that we will be providing to Deloitte (and you) in response to its latest request.

**From:** Andrew Kazin [mailto:akazin@stcwlaw.com]
**Sent:** Friday, November 04, 2011 9:46 AM
**To:** Robertson, Jeffrey
**Subject:** SV v. Knight

Jeff:
Has your team asked Knight about the acquisition spreadsheet?

If so what is the response?

Andy



**Andrew Kazin**
401 Franklin Avenue, Suite 300
Garden City, New York 11530
akazin@stcwlaw.com | www.stcwlaw.com
D: 516.812.4505 | O: 516.812.4500 | F: 516.812.4605

This message is being sent from a law firm and may contain CONFIDENTIAL or PRIVILEGED information.
If you are not the intended recipient, do not print out, copy or distribute this message or any attachments.
Advise the sender immediately by reply email and delete this message and attachments without retaining a copy.


*********************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this
communication was not intended or written to be used, and cannot be used, for the
purpose of avoiding U.S. federal tax penalties.
*********************************************************************



NOTICE

This e-mail message is intended only for the named recipient(s) above. It may
contain confidential information that is privileged or that constitutes attorney
work product.  If you are not the intended recipient, you are hereby notified that

11/10/2011

any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.
==================================================================
******************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.
******************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.
==================================================================
******************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.
******************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.
==================================================================
******************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.
******************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.
==================================================================

11/10/2011