# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

---

111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
(212) 324-3800

---

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

---

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Han Sheng Beh*
Jason R. Bleck*
Jacqueline M. Della Chiesa
Patrique Denize
Cara M. Goldstein
Ronald P. Labeck
Brian Lacoff*
Scott K. Maxwell∆
Haley E. Olam∆
Jessica M. Prunell
Justin Rowe
Sahar Shirazi
Michelle E. Tarson*
Shawn Tockº

Of Counsel
John C. Polera∆
Kristen Renzulli*
Viktoria S. Garo

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC
ºAlso Admitted Ontario

November 14, 2011

VIA ECF
The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

Re:   SV Special Situations Master Fund Ltd. v. Knight Libertas LLC, et al.
      No. 3:08cv1769 (SRU)

Dear Judge Underhill:

We represent plaintiffs 3V Capital Master Fund Ltd. and SV Special Situations Master Fund Ltd. in this matter. On November 10, 2011 plaintiffs requested an order or a conference with the Court regarding the status of defendant's document production to Deloitte. Since then, defendants' counsel has advised that defendants produced all responsive documents to Deloitte, regardless of whether those documents were exchanged in discovery.

Accordingly, plaintiffs withdraw their request for an order or a conference at this time.

Respectfully submitted,

/s/ Andrew Kazin

Andrew Kazin (ct 24833)

AK/st

69161

The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
November 14, 2011
Page 2


cc:     Anna Munoz, Esq. (via ECF)
        Howard Schiffman, Esq.
        Jeffrey F. Robertson, Esq.
        Andrew Wright, Esq.
        Frederick S. Gold, Esq.
        Eric Lubochinski, Esq.