UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD.,<br><br>        Plaintiff,<br><br>        - against -<br><br>KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>        - against -<br><br>MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC,<br><br>        Third-Party Defendants. | Case No. 3:08cv1769 (SRU)<br><br><br><br><br><br><br><br><br><br>DECEMBER 7, 2011 |

## DEFENDANTS' MOTION FOR NEW TRIAL DATE

Defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher respectfully move for a modification to the trial schedule in the above-captioned litigation.  In support of this motion, the undersigned attorneys for the defendants respectfully represent:

1.      Pursuant to the Court's *sua sponte* November 21, 2011 notice, the trial currently is set to commence on June 11, 2012 following jury selection on June 1, 2012.  Until this recent notice, the trial was scheduled to begin on May 14, 2012.  Based on that schedule, the undersigned finalized arrangements for a family vacation, commencing just after the May trial, to Hawaii, where his spouse will participate in a long-scheduled June 2 triathlon.  That vacation, from May 28 through June 6, cannot be moved to accommodate the current trial schedule.

2.      Accordingly, while defendants request that the trial date be modified, they do so consistent with the desire they share with the Court to try this case as soon as possible.  If the previously-scheduled May trial date (commencing May 14) is available on the Court's calendar, the parties are available at that time.  Alternatively, the parties are also available during April.  If, however, moving the trial to April or May is not possible given the Court's calendar, defendants request that the trial be postponed.  Unfortunately, due to previously-scheduled vacations and hearings in unrelated matters (defendants' counsel has a two-week arbitration commencing in mid-July and plaintiffs' counsel is unavailable the first two weeks of August), the parties are not available for two consecutive weeks until the last two weeks of August.

3.      Plaintiffs consent to this request insofar as it seeks an earlier trial date.

4.      Defendants apologize for the need for this request, but thank the Court in advance for its consideration.

DOC ID-17774740.2
2116688v1

Respectfully Submitted,


**DEFENDANTS,**
**KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS**
**HOLDINGS LLC, LIBERTAS HOLDINGS LLC,**
**LIBERTAS PARTNERS LLC AND GARY KATCHER**

By:   /s/ Howard Schiffman

  Howard Schiffman, *pro hac vice*
  Jeffrey F. Robertson, *pro hac vice*
  Andrew P.C. Wright, *pro hac vice*
  Schulte Roth & Zabel LLP
  1152 Fifteenth Street, NW, Suite 850
  Washington, DC 20005
  Telephone: (202) 729-7470
  Facsimile: (202) 730-4520
  E-mail: howard.schiffman@srz.com
  E-mail: jeffrey.robertson@srz.com
  E-mail: andrew.wright@srz.com

  And

  Frederick S. Gold (ct03560)
  Eric Lubochinski (ct25842)
  Shipman & Goodwin LLP
  300 Atlantic Street, Third Floor
  Stamford, CT  06901
  Telephone:  (203) 324-8100
  Facsimile:  (203) 324-8199
  E-mail: fgold@goodwin.com
  E-mail: elubochinski@goodwin.com


  Their Attorneys

DOC ID-17774740.2
2116688v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski (ct25842)