UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br><br><br><br><br><br> December 22, 2011 |

DEFENDANTS' MOTION FOR
LEAVE TO FILE *SUR-REPLY* IN FURTHER
OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL
MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER

Defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC, and Gary Katcher ("Defendants") respectfully move this Court for leave to file the attached *Sur-Reply* in further opposition to plaintiffs' supplemental motion to reconsider a portion of the Court's July 8, 2011 order. Defendants

submit that good cause exists for the Court to consider the *Sur-Reply* for the following reasons:

1.  On November 1, 2011, plaintiffs filed a supplemental motion (their *third* such request) to reconsider this Court's July 8, 2011 order requiring plaintiffs to establish a $4.1 million escrow for defendant Gary Katcher's benefit. Defendants filed their opposition on November 22, 2011, and plaintiff replied on December 7, 2011.

2.  On December 19, 2011, the Honorable John F. Blawie of the Connecticut Superior Court found Scott Stagg, 3V Capital Management LLC, 3V Capital Advisors LLC, 3V Capital Partners LP, Stagg Capital Group LLC, and Stagg Capital Partners LLC in contempt for their repeated and willful violations of two temporary restraining orders issued in two state court litigations involving many of the same issues and parties as the instant litigation.

3.  Judge Blawie's decision is clearly relevant to plaintiffs' continued efforts to avoid compliance with this Court's orders, including their latest motion for reconsideration. Defendants now respectfully request that the Court consider their short *Sur-Reply* to address this new development.

Respectfully Submitted,

DEFENDANTS,
KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC AND GARY KATCHER

By: /s/ Eric Lubochinski
    Frederick S. Gold (ct03560)
    Eric Lubochinski (ct25842)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT 06901
    Telephone: (203) 324-8100
    Facsimile: (203) 324-8199
    E-mail: fgold@goodwin.com
    E-mail: elubochinski@goodwin.com

    And

    Howard Schiffman, *pro hac vice*
    Jeffrey F. Robertson, *pro hac vice*
    Andrew P.C. Wright, *pro hac vice*
    Schulte Roth & Zabel LLP
    1152 Fifteenth Street, NW, Suite 850
    Washington, DC 20005
    Telephone: (202) 729-7470
    Facsimile: (202) 730-4520
    E-mail: howard.schiffman@srz.com
    E-mail: jeffrey.robertson@srz.com
    E-mail: andrew.wright@srz.com

    Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/Eric Lubochinski
                                          Eric Lubochinski (ct25842)