UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV Special Situations Master Fund Ltd.,<br>    Plaintiff,<br><br>    v.<br><br>Knight Libertas, LLC, et al.,<br>    Defendants. | No. 3:08cv1769 (SRU) |

## CONFERENCE MEMORANDUM

On December 9, 2011, I held a telephone conference on the record with Andrew Kazin, representing the plaintiff, Jeff Robertson and Howard Schiffman, representing the defendants, and Bob Sprague, Adam Weisman, and Howard Mah-Lee from the accounting firm Deloitte LLP. The purpose of the conference was to discuss Deloitte's ongoing work, and to resolve disputes over several outstanding documents. Deloitte reported that defendants had not produced two documents: a copy of a purchase agreement, and an internal model used to value the company before the sale. I ordered defendants to turn over a copy of the purchase agreement to Deloitte. Defendants reported that no internal model exists, so that issue is moot. I extended Deloitte's deadline for completion of its work until January 31, 2012.

Defendants stated that they would move to request a change in trial date.

Dated at Bridgeport, Connecticut, this 3rd day of January 2012.

/s/ Stefan Underhill
Stefan R. Underhill
United States District Judge