UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND
LTD. and 3V CAPITAL MASTER FUND, LTD.,

      Plaintiff,

      - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

      Defendants/Third-Party Plaintiffs,

      - against –

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

      Third-Party Defendants.

Case No. 3:08cv1769 (SRU)

---

## AFFIDAVIT OF SCOTT A. STAGG

I, Scott A. Stagg, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath. I am the sole Director of plaintiff SV Special Situations Master Fund Ltd. ("SV Master Fund"). I have personal knowledge of the facts set forth in my affidavit, and they are true and accurate to the best of my knowledge and belief.

2. I submit this affidavit in further support of SV Master Fund's supplemental motion to reconsider a portion of the July 8, 2011 order.

3. I understand that the Court questioned how the former assets of Smart SMS that were valued at $23 million in January 2010, are now worth approximately $1.6 million. I

address the Court's question below.

4. On January 18, 2010, Smart SMS consisted of three subsidiaries: Millennium Information & Technology ("MIT"), Columbia Card Services International LLC ("CCSI") and Aurora Financial Systems ("Aurora"). At that time, SL Consulting valued Smart SMS at $21.53 million. (Ex. A)

5. In January, 2010 SL Consulting valued MIT at $3.879 million.[1] MIT was a consulting business that specialized in the implementation of SAP and Oracle software that Smart acquired in 2007. MIT grew rapidly with sales of $2.1 million in 2007 and $8.5 million in 2008. Sales slowed with the market downturn in 2009 to approximately $6.1 million. Unfortunately, by 2010 MIT was unable to obtain new consulting contracts and was dissolved in December 2010.

6. CCSI was an Independent Sales Organization for prepaid debit cards engaged in the marketing, sales and servicing of prepaid Visa Debit Cards. CCSI focused on marketing debit cards, primarily to the un-banked and under-banked minority community, estimated at 7-12 million people.

7. In January 2010, SL Consulting valued the CCSI at $15.79 million. In January 2010, CCSI opened its first retail store in a Hispanic neighborhood in Southern California. The store was manned with full service kiosks and developed by CCSI. CCSI dispensed cards and accepted cash and checks to load money onto the cards. Software was in development to allow the interactive kiosks to pay bills, transfer cash, obtain a loan as a payroll advance and remit monies internationally. The plan was to "own" the neighborhood by issuing general use payroll cards to local businesses and by strategically placing kiosks in the surrounding area to build the

---

[1] Stephen Lyons, the consultant who prepared the annexed valuations, was previously employed by Katcher's Libertas companies.

automated branch network. The company's plan was to roll out stores in contiguous neighborhoods in Southern California and implement the same strategy. Furthermore, the company was in discussions with agents in Florida, Texas and the tri-state New York area to roll out similar strategies in existing retail locations.

8. Unfortunately, the concept did not pan out. The first store in Southern California never issued enough cards to be profitable. CCSI was dissolved in December 2010.

9. Aurora, a prepaid debit payment processor, is Smart's only remaining subsidiary. SL Consulting valued Aurora at $1.862 million in January 2010. Since then, Aurora invested significant funds in rewriting payment processing software, partnering with a Visa-sponsored bank, and achieving end-to-end Level 1 PCI-DSS Compliance and SAS70 Certification. In October 2011, Aurora signed its first contract. It processed its first card in late November 2011. During December 2011, Aurora sent out an additional six contracts to prospective customers. As of January 18, 2012, none have come back signed.

10. Aurora also holds a patent that allows a user to telephonically toggle "on/off" their debit or credit card via SMS. Although the patent could be of great strategic importance and value, the August 2011 launch of the Secure Identity card that uses the toggle did not result in the issuance of many cards. Aurora is pursuing distribution partners and hopes to re-launch the product in later 2012.

11. SL Consulting completed another valuation of Aurora on January 11, 2012 and valued Aurora at $1.575 million. (Ex. B)

12. Thus, although Smart's assets were valued at $21.5 million in January 2010, those assets now consist only of Aurora and are valued at $1.575 million. (Id.)

13. I also understand that defendants' counsel has speculated that there are many

buyers interested in purchasing MAS Global Solutions, Inc. (MAS) stock, including entities that have sued Aurora regarding its patent. Counsel's representation is not accurate. There were two actions regarding Aurora patents. In Babi v. Smart, et al., the Superior Court of the State of Washington dismissed the claims against the defendants.

14. In Veritech v. Aurora Financial Systems, Veritech's counsel has withdrawn and the case will be dismissed with prejudice if Veritech does not obtain new counsel.

15. I am not aware of any entities that are interested in purchasing MAS stock.

16. Finally, attached as Exhibit C is the January 2012 independent valuation of SV Master Fund, which reflects that SV Master Fund's assets are insufficient to escrow $4.1 million for Katcher.

/s/ Scott A. Stagg
SCOTT A. STAGG