**CONFIDENTIAL**

# VALUATION REPORT

For

## Stagg Capital Group LLC

# SMART SMS CORP.

### And its Subsidiaries

**REPORT PREPARED BY:**



STEPHEN LYONS
SL Consulting
Business & Financial Advisory Services

| | |
|---|---|
| Tel: | +44 (0)1252 816244 |
| Mobile: | +44 (0)7881 570905 |
| Email: | smlyons@btinternet.com |
| Date: | January 18, 2010 |

**SLC**
SL Consulting

CONFIDENTIAL

Business & Financial Advisory Services

# Valuation Report for SMART SMS and its Subsidiaries

Contents
1. Overview .................................................................................................................................................. 1
    1.1     Millennium Information & Technology Consultants ("MIT") ................................................................ 1
    1.2     Columbia Card Services International LLC ("CSSI") ............................................................................. 1
    1.3     Aurora Financial Systems Inc. ("Aurora") ............................................................................................ 3
2. Share Based Valuation ............................................................................................................................. 3
3. Discounted Cashflow Based Valuation .................................................................................................... 4
    3.1     MIT ...................................................................................................................................................... 4
    3.1.1       MIT Business Plan ........................................................................................................................ 4
    3.1.2       Assumptions: ............................................................................................................................... 5
    3.1.3       MIT Valuation: ............................................................................................................................. 5
    3.1.4       Valuation Matrix (amounts in US$ MMs) ................................................................................... 5
    3.1.5       MIT Valuation Graph: .................................................................................................................. 5
    3.2     CSSI ..................................................................................................................................................... 6
    3.2.1       CSSI Business Plan ....................................................................................................................... 6
    3.2.2       Assumptions: ............................................................................................................................... 6
    3.2.3       CSSI Valuation ............................................................................................................................. 6
    3.2.4       CSSI Valuation Matrix (amounts in US$ MMs) ........................................................................... 6
    3.2.5       CSSI Valuation Graph .................................................................................................................. 7
    3.3     Aurora ................................................................................................................................................. 7
    3.3.1       Aurora Business Plan .................................................................................................................. 7
    3.3.2       Assumptions: ............................................................................................................................... 8
    3.3.3       Aurora Valuation ......................................................................................................................... 8
    3.3.4       Aurora Valuation Matrix (amounts in US$ MMs) ....................................................................... 8
    3.3.5       Aurora Valuation Graph .............................................................................................................. 8
    3.4     Smart Consolidated ............................................................................................................................ 8
    3.4.1       Smart Business Plan .................................................................................................................... 9
    3.4.2       Smart Valuation .......................................................................................................................... 9
    3.4.3       Smart Valuation Matrix (amounts in US$ MMs) ........................................................................ 9
    3.4.4       Smart Valuation Graph (amounts in US$ MMs) ......................................................................... 9
4. Appendices ............................................................................................................................................. 10
    4.1     Appendix 1  Summaries .................................................................................................................... 11
    4.2     Appendix 2 – MIT Discounted Cashflows ......................................................................................... 12
    4.3     Appendix 2 – CSSI Discounted Cashflows ........................................................................................ 13
    4.4     Appendix 4 – Aurora Discounted Cashflows .................................................................................... 14

SLC
SL Consulting

CONFIDENTIAL

Business & Financial Advisory Services

# Valuation Report for SMART SMS and its Subsidiaries

SL Consulting ("**SLC**") has been requested by Stagg Capital Group LLC ("**Stagg**") to value Smart SMS Corp ("**Smart**") and its subsidiary businesses. Based on our analysis using a discounted cashflow model of the business, we have valued the company at $21.531MM (see Appendix 1).

## 1. Overview

Smart is a publicly listed company (STMC on pink sheets) whose wholly owned subsidiaries engage in software consultancy and implementation, banking transaction processing, debit card distribution and kiosk based banking functions. Smart was incorporated in the state of Florida in June 1997. Prior to 2007, it was a development stage company focused on the development of a text messaging business.

Smart currently operates three primary businesses:

### 1.1 Millennium Information & Technology Consultants ("MIT")

Kevlertech, Inc., an Illinois corporation d/b/a/ Millennium Information & Technology Consultants, Ltd., is an information technology (IT) business, acquired by Smart in August 2007. MIT is a specialized IT consulting firm covering SAP and software implementation, systems integration and technology consulting, enterprise architecture, IT/business integration, supply chain management, and information management.

MIT mainly provides services to middle-market companies and large organizations. It is reported to have a number of master service agreements with suppliers where qualified personnel are provided on a contract by contract basis dependent on needs. When services are provided, the contracted personnel are engaged for a period generally from 3 to 12 months. MIT is primarily focused on third party business, but also provides IT services to CSSI and Aurora for the implementation of software and systems. As of December 31, 2008, MIT reported having approximately 65 staff. The company currently has 35 consultants deployed

MIT was acquired by Smart on August 4, 2007, in exchange for $12,000,000 of cash and 15 million shares of the Company's common stock having an aggregate fair value at the date of issuance of $9,600,000. The acquisition of MIT was financed by way of an investment of $13,000,000 from a fund controlled by Stagg pursuant to which the fund invested $13,000,000 in exchange for two senior secured promissory notes in the aggregate amount of $13,000,000 and 13,000,000 shares of the Company's common stock.

MIT has developed a skilled SAP consultancy business having acquired the most skilled SAP consultants in the industry over the past few years. They are considered to be one of the few companies capable of repairing unsuccessful large-scale SAP implementations. In 2008, MIT was awarded the Beacon award by IBM, an award for the best provider of services to IBM in support of innovative solutions. MIT has also secured a Services partnership with SAP from which it expects to derive a significant amount of revenues from contracts implemented through the partnership.

### 1.2 Columbia Card Services International LLC ("CSSI")

Columbia Card Services International, LLC, a California limited liability company ("**CCSI**"), acquired on November 26, 2007, with the purpose of acquiring rights under certain of Columbia Card's contractual agreements, including license rights to a debit card processing platform. The total $300,000 purchase price was paid in cash and shareholder advances.

CSSI is an Independent Sales Organization ("**ISO**") for prepaid debit cards engaged in the marketing, sales and servicing of prepaid Visa Debit Cards issued by Visa member banks. CCSI contracts directly with banks to market and sell these debit cards either directly or indirectly to consumers.

Unlike credit cards, which draw their value from a line of credit with a bank, or debit cards, which draw their value from a cardholder's checking account, the prepaid debit card is pre-loaded with a particular monetary value that typically comes from money given to the company that markets and/or issues the card prior to its use.

CONFIDENTIAL

Business & Financial Advisory Services

CSSI's markets and issues debit cards primarily to unbanked and under-banked communities in the USA in partnership with banks and card processors. CSSI's card services enables customers who cannot qualify for a credit card or bank account or who are otherwise unattractive to banks, such as people who are immigrants, recently divorced, young or have not credit history or very low income to have access to debit cards without the requirements for social security numbers and other evidence required by banks to open current accounts. Prepaid cards can take many forms, including gift cards, travel cards (used as an alternative to travelers checks), payroll cards (to access wages) and "teen cards" (for under 18 year olds to access funds their parents load onto the card).

CSSI is in the process of rolling out a network of convenient kiosks in key market areas to enable real time cash and check loading, transfers, bill payments cards issuance. CCSI is currently partnered with VISA, Star, Plus, First Data and West Coast Bank. The competitive market is evolving but fragmented, and virtually all products are affiliated to the MasterCard, Visa, American Express, or Discover brands.

As of October 1, 2009, CCSI has an agreement in place with one Visa member bank and expects to begin marketing prepaid debit cards to other banks. CCSI has had limited operations over the last three years, generating no revenue in 2008 and the first nine months of 2009.

As of October 1, 2009, CCSI had 5 employees and received support from employees at Smart and MIT. CSSI plans to hire full-time and part-time employees for retail centers beginning in Q4, 2009.

CSSI believe the potential market for pre-paid debit card is in excess of 47 million customers primarily amongst the un-banked in the USA primarily people who are unable to get credit or debit cards due to no/poor credit history, age, no social security number or tax ID number etc. In addition, pre-paid debit cards may be purpose specific such as gift cards, travel cards, payroll cards etc. The pre-paid debit card provides greater security (both financial and personal) than carrying large amounts of cash.

Individuals in the USA may also obtain cards or subsidiary cards for relatives living overseas, which, once topped up in the USA, enables users overseas to use cards or obtain cash at Visa outlets, thereby providing an effective method of making international remittances at a fraction of the cost of other money transmission services. The remittance market between the USA and Latin America is $65 billion annually and currently growing at approximately 115 per annum. The unbanked Hispanic community, which is estimated at between 7 and 12 million people is seen as a major market for CSSI. The lower cost of CSSI remittances and currency conversion only at time of utilization/spend should make the CSSI pre-paid debit card competitive against alternative sources of money transmission.

The competitive landscape for general use, prepaid debit cards continues to evolve with mergers and acquisitions, company consolidations and new entrants developing and deploying niche market prepaid card solutions with a focus on demographic and ethnic subsets, credit seeking individuals and under and un-banked consumers. The concept of general purpose pre-paid debit cards is not new and there are many such competitors available on the market and the competition for alternative pre-paid debit cards is still evolving. The success of CSSI will therefore depend on signing up retailers (and banks), the value placed by customers on the additional proprietary features and convenience and distribution of kiosks compared with alternative methods of accessing cards and topping up.

There will be a clear advantage for the first to market players, particularly from well known and established brands, and certainly players, such as Univision, have already targeted the Hispanic community. Most of the existing products can be topped up through direct payments, telephone or internet based transfers, MasterCard pre-paid debit card can also be topped up at Western Union and Green Dot locations while Visa pre-paid cards also can be topped up using "Visa ReadyLink" cashiers located in supermarkets, drugstores and gas stations.

CSSI's market advantage is in the use of kiosks, patented security features, mobile phone integration and other proprietary patent pending software and systems. CSSI reports having successfully tested beta test version of its kiosk and will be the first to market with this technology.

Smart SMS Corp Valuation 18 January 2010 (Final)

![SLC SL Consulting logo]

CONFIDENTIAL

Business & Financial Advisory Services

### 1.3  Aurora Financial Systems Inc. ("Aurora")

Aurora, established in 2009, is a credit/debit card processing company, and will provide a variety of transaction processing services, including cardholder enrollment, customer support center, value loading, fraud prevention, and cardholder account management and reporting. Aurora also intends to become a certified processor for Star, Visa, and MasterCard and their member banks.

Aurora was established to operate the software and patents of acquired by Smart through a merger of RBA International ("**RBA**") into its wholly owned subsidiary, RBA Acquisition Corp, as of September 2008. Subsequently, following a failure of RBA to make payments under a loan from Smart, Smart foreclosed on the secured assets of RBA and acquired proprietary card system software and agreements with various vendors, banks and other entities.

Through the acquisition of RBA and the foreclosure, the Aurora product offering, based on the RAB technology Debit Card Processing Platform with Interactive Voice Response ("**IVR**") to provide Mobile Phone Enabled Visa Debit Card with enhanced security features for debit cards and web-based applications. RAB technology addresses the critical need for improved safety and anti-fraud measures with respect to cards and accounts.

a.  Card "On/Off" Capability – enables cardholder to turn the card "off" and/or "on" through RBA's interactive voice response system to enable or disable authorization processing of transactions and thereby reduce the likelihood of fraudulent or unauthorized use. The system uses a real-time two factor authentication process, requiring user information and password and a pre-registered (and linked) cell phone number to conduct the transaction. This means any time a purchase is attempted while your card is off, the purchase will be denied. This technology may also be useful to limit spending on subordinate cards issued under the main account, such as for parents wishing to provide controlled and limited authorization for purchases by their children.

b.  Website Access "On/Off" Capability - allows you to turn off access to your VISA Debit Account online banking Internet website by giving the account holder the ability to enable or disable processing of their web login credentials through interactive voice response system thereby providing an additional layer of security over user name/password login.

c.  Instant Text Message and Email Notification of Card or Account Activity – provides notification upon all card activity, including purchase, attempted purchase, account transfer, and deposits, and provides a real-time balance each time.

### 2. Share Based Valuation

| Price (01/15/10) | $0.007 |
|---|---|
| Previous Close | $0.008 |
| 52 Wk High (02/24/2009) | $0.500 |
| 52 Wk Low (1/13/2010) | $0.002 |
| Average Price | $0.143 |
| Volume | 390,606 |
| Average Volume (3M) | 52,530 |
| Shares Out (9/20/2007) | 92.531MM |
| Market Capitalization | $0.648MM |



Smart SMS Corp Valuation 18 January 2010 (Final)



Smart SMS Corp is a small cap company quoted on the Pink Sheets. Shares trade infrequently and in relatively small amounts. The price of the shares has gone from a 52 week high of $0.500 on December 31 2008 to a 52 week low of $0.002.

The last price (1/15/10) was $0.007, giving the company a market capitalization of $0.648MM. In view of the small level of trading and since currently only one division of Smart, i.e. MIT, is trading, this undervalues the potential of the company and is not considered an appropriate measure for the company.

### 3. Discounted Cashflow Based Valuation

In view of the lack of detailed current financial/trading information and since the stock price is no indication of true value of the group, we consider the best measure of the company is a discounted cashflow ("*DCF*") based on the company's business plan.

*Basis of Valuation:* Valuations are determined based on a DCF analysis of projected cashflows over the period 2010 – 2015 inclusive. In view of the competitive nature of the business in which Smart operates, the start-up nature of 2 of its 3 businesses the residual value of the business in 2016 has been calculated on the basis of 5% annual growth discounted at 35%. In view of the fast moving developments in the technology employed no future value is assumed for any patents, rather it is assumed that competitors will have developed competing or improved products.

*Projected sales:* The model uses the projected sales per the company's business plan for the period 2010 to 2012 to which are adjusted to 60%, 75%, and 85% of projected sales to assess low, medium and high take up scenarios. After 2012 sales are projected to increase by 20% in 2013, 15% in 2014 and 10% per annum thereafter. In the case of Aurora, since the business plan only projects sales for 2010 and 2011, sales for 2012 are projected to increase by 25% over 2011 figures. In view of the lack of track record for CSSI and Aurora and the competitive nature of the MIT business, we have selected 75% of target sales as the preferred basis for our valuations.

*Taxation:* Net positive Operating Margin taxed at 35% of

*Discount rate:* Scenarios are run based on 20%, 25%, and 30%. For valuation purposes, given where the company is in its life-cycle, competition from established players and the speculative nature of any investment in the company, our preferred discount rate is 25%.

### 3.1 MIT

As a consultancy business MIT has limited administrative requirements, and all employees contribute to the net margin. MIT can therefore achieve economies of scale as it increases the number of consultants deployed. The company typically expects gross margins of 30-50%, while longer term SG&A expenses are expected to be around 20% -30% of Sales.

### 3.1.1 MIT Business Plan

In 2009, MIT expects to make sales for the year of approximately $6.1MM and a gross margin of $2.29MM (37.5%). The Smart business plan projects aggressive sales growth in years 2010 to 2012 of 406% for the period.

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| **Sales** | $6.103MM | $12.316MM | $17.774MM | $30.909MM |
| *Sales Growth %* |  | *101.8%* | *44.3%* | *73.9%* |
| **Gross margin** | $2.292MM | $4.594MM | $6.635MM | $11.425MM |
| *Gross Margin %* |  | *37.3%* | *37.3%* | *37.0%* |
| **Operating margin** | -$0.195MM | $1.019MM | $1.470MM | $4.750MM |
| *Operating Margin %* | *-3.2%* | *8.3%* | *8.3%* | *15.4%* |

MIT is operating in a competitive environment and not withstanding its skilled workforce of SAP and other consultants, the company will face considerable challenges from other consultancy companies, including major international companies such as Accenture. Failure to obtain major contracts, or obtaining smaller contracts could substantially impact income. Furthermore the current economic climate may result in either lower company expenditure on consultancy services or the need to lower fees to attract new contracts.

### 3.1.2 Assumptions:

For the purposes of valuing MIT we have used the following additional assumptions:

*Gross Margin:* Constant rate of 30% of Sales

*Operating Margin:* Constant 22% of Sales

See Appendix 2 for MIT Cashflow Summaries

### 3.1.3 MIT Valuation:

Based on the above assumptions the discounted cashflow value of MIT ranges from $2.781MM to $5.837MM. Based on our base case assumptions of achieving 70% of projected sales targets for 2010 to 2012, 20% constant annual growth rate, and a 30% discount rate we would value the MIT business at $3.879MM.

In deriving this value we acknowledge the considerably higher projections made by the company in its business plan however we have also taken into consideration the competitive market in which MIT is operating and the current economic climate.

### 3.1.4 Valuation Matrix (amounts in US$ MMs)

|  |  | % Target Sales in years 1-3 | | | |
|---|---|---|---|---|---|
|  |  | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $3.502 | $4.378 | $4.962 | $5.837 |
|  | 25% | $3.103 | $3.879 | $4.396 | $5.172 |
|  | 30% | $2.781 | $3.476 | $3.939 | $4.634 |

### 3.1.5 MIT Valuation Graph:



### 3.2  CSSI

CSSI has only recently commenced trading and is therefore in the process of signing up retailers and installing their card kiosks. We understand from the company that sales and installations are proceeding well and the roll-out envisaged in the CSSI business plan is feasible if not conservative. Roll-out, including manufacture of the kiosks is however a potential risk as is growth in take-up rates.

We believe that pre-paid debit cards, particularly one affiliated with Visa or MasterCard, has the potential to create a considerable market presence. However we also recognize that CSSI faces competition from other pre-paid debit cards that have already come to market, albeit without the convenience of kiosks in local convenience stores. We believe that take up of the card will be dependent on CSSI's ability to roll-out kiosks to sufficient locations, transaction costs compared with other pre-paid debit cards and relative attractiveness of additional features.

CSSI is operating in a competitive environment with other Visa and MasterCard backed pre-paid debit cards issuers.

#### 3.2.1  CSSI Business Plan

In 2009 CSSI has been undertaking development work, beta testing kiosks and marketing its product to retailers and has therefore effectively not traded. In 2010, as CSSI starts to roll out kiosks, the company expects to make sales for the year of approximately $1.9MM and a gross margin of $1.0MM (52.5%). The CSSI business plan then projects aggressive sales growth in years 2011 and 2012 of 629% and 94% respectively.

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Sales | - | $1.904MM | $13.878MM | $26.880MM |
| *Sales Growth %* |  | *N/A* | *628.9%%* | *93.7%* |
| Gross margin | - | $1.000MM | $9.600MM | $22.541MM |
| *Gross Margin %* |  | *52.5%%* | *69.2%* | *83.9%* |
| Operating margin | - | $-0.999MM | $6.503MM | $19.034MM |
| *Operating Margin %* |  | *NM* | *46.9%* | *70.8%* |

#### 3.2.2  Assumptions:

For the purposes of valuing CSSI we have used the following additional assumptions:

*Cost of Sales:* Cost of Sales as a percentage of Sales are projected to decline on the following basis: 55% in 2010, 50% in 2011, 45% in 2012, 40% in 2013and 35% per annum thereafter.

*Operating Expenses:* Operating Expenses as a percentage of Sales are projected to decline on the following basis: 100% in 2010, 50% in 2011, 35% in 2012, 30% in 2013 25% in 2014 and 35% per annum thereafter.

See Appendix 3 for CSSI Cashflow Summaries

#### 3.2.3  CSSI Valuation

Based on the above assumptions the discounted cashflow value of CSSI ranges from $11.185MM to $24.144MM. Based on our base case assumptions of reaching 75% of target sales in years 1 - 3 constant and a 25% discount rate we would value the CSSI business at $15.790MM.

#### 3.2.4  CSSI Valuation Matrix (amounts in US$ MMs)

|  |  | % Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
|  |  | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $14.486 | $18.107 | $20.521 | $24.144 |
|  | 25% | $12.632 | $15.790 | $17.895 | $21.055 |
|  | 30% | $11.185 | $13.980 | $15.844 | $18.642 |

CONFIDENTIAL

Business & Financial Advisory Services

### 3.2.5 CSSI Valuation Graph



### 3.3 Aurora

Aurora, a newly established company (Established 2009) intends to become a certified third party credit/debit card processor for Star, Visa MasterCard as well as their member banks and store cards. The company intends to provide a variety of transaction processing services, including cardholder enrollment, customer support center, value loading, fraud prevention, and cardholder account management and reporting.

Aurora is entering a market with significant established competition and will be relying on its unique selling points, being primarily the technology acquired by Smart SMS from RAB including the Debit Card Processing Platform with Interactive Voice Response (IVR) to provide Mobile Phone Enabled Visa Debit Card with enhanced security features for debit cards and web-based applications. Aurora will also provide processing services for CSSI.

### 3.3.1 Aurora Business Plan

In 2009 Aurora management has been establishing the company and marketing its product to retailers and has therefore effectively not traded. In 2010, the company expects to make sales for the year of approximately $1.127MM, a gross margin of $0.772MM (68.5%) and a net loss of $0.997MM. The Aurora business plan then projects a tripling of sales in 2011 to $3.336MM and a gross margin of $3.067MM, with Net income of $1.164MM The business plan did not make any projections beyond 2011.

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| **Sales** | - | $1.127MM | $3.336MM | N/A |
| *Sales Growth %* |  | N/A | 195.9%% | N/A |
| **Gross margin** | - | $0.772MM | $3.067MM | N/A |
| *Gross Margin %* |  | 68.5% | 91.9% | N/A |
| **Operating margin** | - | $-0.997MM | $1.164MM | N/A |
| *Operating Margin %* |  | NM | 34.9% | N/A |

### 3.3.2 Assumptions:

For the purposes of valuing Aurora we have used the following assumptions:

*Cost of Sales:* Cost of Sales anticipated being low. In 2011 Aurora projects COS at 8.7% of sales. For the period 2012 to 2015 we project cost of sales at 10% per annum.

*Operating Expenses:* Operating Expenses as a percentage of Sales are projected to be 57% in 2011. Assuming some economies of scale we are projecting Operating Expenses at 50% of sales per annum for the period 2012 to 2015.

See Appendix 4 for Aurora Cashflow Summaries

### 3.3.3 Aurora Valuation

Based on the above assumptions the discounted cashflow value of Aurora ranges from $1.296MM to $1.062MM. Based on our base case assumptions of reaching 65% of target sales in years 1 - 2 constant and a 30% discount rate we would value the Aurora business at $0.613MM.

### 3.3.4 Aurora Valuation Matrix (amounts in US$ MMs)

|  |  | % of Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
|  |  | 50% | 65% | 80% | 100% |
| Discount Rate | 25% | $1.847 | $2.207 | $2.447 | $2.807 |
|  | 30% | $1.538 | $1.862 | $2.078 | $2.402 |
|  | 35% | $1.296 | $1.589 | $1.785 | $2.079 |

### 3.3.5 Aurora Valuation Graph



### 3.4 Smart Consolidated

The consolidated value of Smart has been calculated by simply adding the valuation of its constituent parts together. While there are technology benefits and services that are provided between the subsidiary companies, we believe the scale of such benefits cannot be measured at this stage and consequently each of the three subsidiaries are treated separate for valuation purposes.

CONFIDENTIAL

Business & Financial Advisory Services

### 3.4.1 Smart Business Plan

On a consolidated basis, the Smart SMS business plan estimates sales of $15.347MM in 2010 and $34.988MM in 2011 providing net income (loss) of $(0.977)MM in 2010 and $9.137MM in 2011.

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Sales | $6.103MM | $15.347MM | $34.988MM | N/A |
| *Sales Growth %* |  | *151.47%* | *127.98%* | *N/A* |
| Gross margin | $2.292MM | $6.366MM | $19.302MM | N/A |
| *Gross Margin %* |  | *41.5%* | *55.2%* | *N/A* |
| Operating margin | -$0.195MM | -$0.977MM | $9.137MM | N/A |
| *Operating Margin %* | *NM* | *NM* | *26.1%* | *N/A* |

See Appendix 1D for Smart Cashflow Summaries

### 3.4.2 Smart Valuation

Based on our valuation matrices for each of the 3 subsidiary companies, we value Smart in a range of $15.262MM to $32.788 MM. Based on our base case assumptions of reaching 75% of target sales in years 1 - 3 constant and a 25% discount rate we would value the Smart consolidated business at $21.531MM.

### 3.4.3 Smart Valuation Matrix (amounts in US$ MMs)

|  |  | % of Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
|  |  | 50% | 65% | 80% | 100% |
| Discount Rate | 25% | $19.835 | $24.692 | $27.930 | $32.788 |
|  | 30% | $17.273 | $21.531 | $24.369 | $28.629 |
|  | 35% | $15.262 | $19.045 | $21.568 | $25.355 |

### 3.4.4 Smart Valuation Graph (amounts in US$ MMs)



Page | 9



CONFIDENTIAL

Business & Financial Advisory Services

## 4. Appendices

Cashflow Summaries

        Appendix 1 – Summaries

        Appendix 2 – MIT

        Appendix 3 – CSSI

        Appendix 4 – Aurora

Smart SMS Corp Valuation 18 January 2010 (Final)



## 4.1  Appendix 1  Summaries

### MIT

| PV of Cash Flows (2010 - 2015) | $3.090 |
|---|---|
| Residual Value Calculation: | |
| Long-term growth rate | 5% |
| Residual Value (2016) | $6.447 |
| Present Value of Residual | $0.789 |
| Business Value Indication | $3.879 |

| | | % Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
| | | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $3.502 | $4.378 | $4.962 | $5.837 |
| | 25% | $3.103 | $3.879 | $4.396 | $5.172 |
| | 30% | $2.781 | $3.476 | $3.939 | $4.634 |

### CSSI

| PV of Cash Flows (2010 - 2015) | $9.895 |
|---|---|
| Residual Value Calculation: | |
| Long-term growth rate | 5% |
| Residual Value | $48.161 |
| Present Value of Residual | $5.895 |
| Business Value Indication | $15.790 |

| | | % Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
| | | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $14.486 | $18.107 | $20.521 | $24.144 |
| | 25% | $12.632 | $15.790 | $17.895 | $21.055 |
| | 30% | $11.185 | $13.980 | $15.844 | $18.642 |

### Aurora

| PV of Cash Flows (2010 - 2015) | $1.235 |
|---|---|
| Residual Value Calculation: | |
| Long-term growth rate | 5% |
| Residual Value | $5.125 |
| Present Value of Residual | $0.627 |
| Business Value Indication | $1.862 |

| | | % Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
| | | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $1.847 | $2.207 | $2.447 | $2.807 |
| | 25% | $1.538 | $1.862 | $2.078 | $2.402 |
| | 30% | $1.296 | $1.589 | $1.785 | $2.079 |

### Smart Consolidated

| PV of Cash Flows (2010 - 2015) | $14.220 |
|---|---|
| Residual Value Calculation: | |
| Long-term growth rate | 5% |
| Residual Value | $59.73 |
| Present Value of Residual | $7.31 |
| Business Value Indication | $21.531 |

| | | % Target Sales in years 1- 3 | | | |
|---|---|---|---|---|---|
| | | 60% | 75% | 85% | 100% |
| Discount Rate | 20% | $19.835 | $24.692 | $27.930 | $32.788 |
| | 25% | $17.273 | $21.531 | $24.369 | $28.629 |
| | 30% | $15.262 | $19.045 | $21.568 | $25.355 |



CONFIDENTIAL

Business & Financial Advisory Services

### 4.2  Appendix 2 – MIT Discounted Cashflows

| | | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 | Residual Value 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 75% | $6.100 | $9.617 | $13.221 | $23.337 | $28.004 | $32.205 | $35.425 | NA |
| *Annual growth rate* | | | 57.7% | 37.5% | 76.5% | 20.0% | 15.0% | 10.0% | NA |
| Cost of Sales | | $3.808 | $6.732 | $9.255 | $16.336 | $19.603 | $22.543 | $24.798 | NA |
| *% of revenues* | | 62.4% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | NA |
| Gross Profit | 30% | $2.292 | $2.885 | $3.966 | $7.001 | $8.401 | $9.661 | $10.628 | NA |
| *% Margin* | | 37.6% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | NA |
| Operating Expense (SG&A) | 22% | $2.487 | $2.116 | $2.909 | $5.134 | $6.161 | $7.085 | $7.794 | NA |
| *% of revenues* | | 40.8% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% | NA |
| Operating Income | | ($0.195) | $0.769 | $1.058 | $1.867 | $2.240 | $2.576 | $2.834 | NA |
| *% Margin* | | -3.2% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | NA |
| Income Tax Expense | 35% | $0.000 | $0.269 | $0.370 | $0.653 | $0.784 | $0.902 | $0.992 | NA |
| Net Income | 25% | ($0.195) | $0.500 | $0.687 | $1.214 | $1.456 | $1.675 | $1.842 | NA |
| *% of revenues* | | -3.2% | 5.2% | 5.2% | 5.2% | 5.2% | 5.2% | 5.2% | NA |
| Cash Flows to be Discounted | | ($0.195) | $0.500 | $0.687 | $1.214 | $1.456 | $1.675 | $1.842 | $6.447 |
| Discount Rates | 25% | 1 | 0.8 | 0.64 | 0.512 | 0.4096 | 0.3277 | 0.2622 | NA |
| | 35% | 1 | 0.7407 | 0.5487 | 0.4064 | 0.301 | 0.223 | 0.1652 | 0.1224 |
| Present Value of Cash Flows | | ($0.195) | $0.400 | $0.440 | $0.621 | $0.596 | $0.549 | $0.483 | $0.789 |

Smart SMS Corp Valuation 18 January 2010 (Final)



## 4.3 Appendix 2 – CSSI Discounted Cashflows

| | | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 | Residual Value 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 75% | NA | $1.428 | $10.407 | $20.144 | $24.173 | $27.799 | $30.579 | NA |
| Annual growth rate | | NA | NA | 629.0% | 93.6% | 20.0% | 15.0% | 10.0% | NA |
| Cost of Sales | | NA | $0.785 | $5.204 | $9.065 | $9.669 | $9.730 | $10.703 | NA |
| % of revenues | | NA | 55.0% | 50.0% | 45.0% | 40.0% | 35.0% | 35.0% | NA |
| Gross Profit | | NA | $0.642 | $5.204 | $11.079 | $14.504 | $18.069 | $19.876 | NA |
| % Margin | | NA | 45.0% | 50.0% | 55.0% | 60.0% | 65.0% | 65.0% | NA |
| Operating Expense (SG&A) | | NA | $1.428 | $5.204 | $7.050 | $7.252 | $6.950 | $6.116 | NA |
| % of revenues | | NA | 100.0% | 50.0% | 35.0% | 30.0% | 25.0% | 20.0% | NA |
| Operating Income | | NA | ($0.785) | $0.000 | $4.029 | $7.252 | $11.119 | $13.760 | NA |
| % Margin | | NA | -55.0% | 0.0% | 20.0% | 30.0% | 40.0% | 45.0% | NA |
| Income Tax Expense | 35% | NA | $0.000 | $0.000 | $1.410 | $2.538 | $0.000 | $0.000 | NA |
| Net Income | | NA | ($0.785) | $0.000 | $2.619 | $4.714 | $11.119 | $13.760 | NA |
| % of revenues | | NA | -55.0% | 0.0% | 13.0% | 19.5% | 40.0% | 45.0% | NA |
| Cash Flows to be Discounted | | NA | ($0.785) | $0.000 | $2.619 | $4.714 | $11.119 | $13.760 | $48.161 |
| Discount Rate | 25% | 1.000 | 0.8 | 0.64 | 0.512 | 0.4096 | 0.3277 | 0.2622 | NA |
| | 35% | 1.000 | 0.7407 | 0.5487 | 0.4064 | 0.301 | 0.223 | 0.1652 | 0.1224 |
| Present Value of Cash Flows | | NA | ($0.628) | $0.000 | $1.341 | $1.931 | $3.644 | $3.608 | $5.895 |



**CONFIDENTIAL**

Business & Financial Advisory Services

### 4.4 Appendix 4 – Aurora Discounted Cashflows

| | | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 | Residual Value 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 75% | NA | $1.018 | $2.968 | $3.710 | $4.452 | $5.120 | $5.632 | NA |
| Annual growth rate | 20% | NA | N/A | 191.6% | 25.0% | 20.0% | 15.0% | 10.0% | NA |
| Cost of Sales | | NA | $0.355 | $0.269 | $0.371 | $0.445 | $0.512 | $0.563 | NA |
| % of revenues | | NA | 34.8% | 9.1% | 10.0% | 10.0% | 10.0% | 10.0% | NA |
| Gross Profit | | NA | $0.663 | $2.699 | $3.339 | $4.007 | $4.608 | $5.068 | NA |
| % Margin | | NA | 65.2% | 90.9% | 90.0% | 90.0% | 90.0% | 90.0% | NA |
| Operating Expense (SG&A) | | NA | $1.769 | $1.903 | $1.855 | $2.226 | $2.560 | $2.816 | NA |
| % of revenues | | NA | 173.8% | 64.1% | 50.0% | 50.0% | 50.0% | 50.0% | NA |
| Operating Income | | NA | ($1.106) | $0.796 | $1.484 | $1.781 | $2.048 | $2.253 | NA |
| % Margin | | NA | -108.6% | 26.8% | 40.0% | 40.0% | 40.0% | 40.0% | NA |
| Income Tax Expense | 35% | NA | $0.000 | $0.279 | $0.519 | $0.623 | $0.717 | $0.788 | NA |
| Net Income | | NA | ($1.106) | $0.518 | $0.965 | $1.157 | $1.331 | $1.464 | NA |
| % of revenues | | NA | -108.6% | 17.4% | 26.0% | 26.0% | 26.0% | 26.0% | NA |
| Cash Flows to be Discounted | | NA | ($1.106) | $0.518 | $0.965 | $1.157 | $1.331 | $1.464 | $5.125 |
| Discount Rate | 25% | 1.000 | 0.8 | 0.64 | 0.512 | 0.4096 | 0.3277 | 0.2622 | |
| | 35% | 1.000 | 0.7407 | 0.5487 | 0.4064 | 0.301 | 0.223 | 0.1652 | 0.1224 |
| Present Value of Cash Flows | | | ($0.885) | $0.331 | $0.494 | $0.474 | $0.436 | $0.384 | $0.627 |