**CONFIDENTIAL**

# VALUATION

Of

# MAS Global Solutions LLC

For

# SV Special Situations Master Fund, Ltd

and

# 3V Capital Fund, Ltd

**REPORT PREPARED BY:**



STEPHEN LYONS
SL Consulting
Business & Financial Advisory Services

Tel:   +44 (0)1252 816244
Email: stephen.lyons@btinternet.com

Date:  January 11, 2012

Business & Financial Advisory Services

# Valuation Report for Aurora Financial Systems Inc

SL Consulting ("**SLC**") an independent UK based consulting company has been requested to value MAS Global Solutions LLC ("**MAS**"), a privately owned corporation established in the state of Delaware, whose office is currently located at 100 Manhattanville Road, Suite 1E05, Purchase, NY 10577, by Scott Stagg ("**Stagg**"), a director of SV Special Situations Master Fund, Ltd. ("**SV**"), a British Virgin Islands investment company on behalf of SV and 3V Capital Fund, Ltd., ("**3V**"). The valuation has been requested in respect of the Shareholders' equity interest in MAS on a forward looking basis.

## 1. Overview

MAS is a Holding Company whose sole subsidiary is Aurora Financial Systems Inc. ("**Aurora**"), of which MAS owns 100%.

Aurora is a payment processing platform primarily for general purpose reloadable (GPR) and Gift cards generally known as prepaid cards, debit and credit cards, fleet cards, corporate cards etc., which are frequently backed by Visa or MasterCard. For the avoidance of doubt Aurora is not a card issuer.

Aurora was established in 2009 as card processing company and will provide a variety of transaction processing services. The company is a certified processor for Visa, MasterCard and Star.

The growth in pre-paid cards has increased considerably as providers target the "unbanked" community – people without access to bank accounts – which, it is estimated, may comprise approximately 80 million U.S. based consumers with a potential turnover of $1 trillion annually.

Existing issuers typically have a number of different cards targeted at different sectors e.g. under 18s, students, low income households etc., as well as having programs tied into specific clients, e.g. credit unions, which are too small to run their own platform, and employers looking to use prepaid cards as an alternative to issuing checks every other week. Issuers may also have a range of cards with different features that have different pricing structures, ranging from basic card services with small or even zero fees, to feature-full cards commanding premium pricing. Certain States are also understood to be contemplating the use of prepaid cards for Tax Refunds.

Aurora was established to operate the software and patents acquired by Smart through a merger of RBA International ("RBA"). Subsequently, following a failure of RBA to make payments under a loan from Smart, Smart foreclosed on the secured assets of RBA and acquired the proprietary card system software through Aurora. Aurora and Smart subsequently separated/demerged with Aurora retaining the proprietary card systems software and related patents.

The Aurora product offering, based on the proprietary card system technology Card Processing Platform provide Mobile Phone Enabled prepaid cards with enhanced security features for cards and web-based applications. This technology addresses the critical need for improved safety and anti-fraud measures with respect to cards and accounts.

Technology features includes a Card "On/Off" Capability (ToggleGuard). ToggleGuard enables the cardholder to turn the card "off" and/or "on" enable or disable authorization processing of transactions and thereby reduce the likelihood of fraudulent or unauthorized use.

**SL Consulting**

Business & Financial Advisory Services

The system uses a real-time two factor authentication process, requiring user information and password and a pre-registered (and linked) cell phone number to conduct the transaction. This means any time a purchase is attempted while your card is off, the purchase will be denied.

Instant Text Message and Email Notification of Card or Account Activity provides notification upon all card activity, including purchase, attempted purchase, account transfer, and deposits, and provides a real-time balance each time.

## 2. SWOT Analysis

### 2.1 Strengths

(a) Aurora's product offering, including ToggleGuard offers cardholders added security.

(b) Aurora has achieved end-to-end Level 1 PCI-DSS Compliance and SAS70 Certification.

(c) Aurora supports a wide range of card programs it can support customers

### 2.2 Weaknesses

Aurora is a start-up in a competitive market.

### 2.3 Opportunities

The potential size and fragmentation of the market still provides new entrants with significant opportunities.

### 2.4 Threats

The prepaid card market place including GPR and Gift Cards, which are expected to form the primary cards handled by Aurora, is very competitive and consequently subject to a number of threats/risks including:

(a) Co mpetition – Competitive pressures in this sector is strong and represents a significant threat to new entrants.

(b) Price Compression - there is considerable pressure on GPR pricing. Monthly fees are rapidly decreasing or disappearing. Activation fees and reload fees are likely to come down next. If programme managers are to retain cardholders, it is also likely that per-transaction pricing will come down, if not disappear altogether.

(c) Customer loyalty - a further threat is that cardholders appear to be exhibiting minimal brand loyalty and retention periods may be short. Once a card is depleted many GPR cardholders may not reload them and cards are often lost, forgotten or discarded..

(d) Consolidation - by most estimates, there are currently hundreds of GPR card programmes run by various programme managers. Given the price compression mentioned above, many of these players (and their card programs) are expected to exit the market. The players that will remain are those that are able to remain profitable despite price competition. The market winners will be those companies that can achieve economies of scale and of scope

## 3. Valuation

MAS is a private company consequently there are no public/regulatory documents and since the company has been trading less than 12 months there are annual report and accounts. The valuation is therefore based on a forward looking 12 month business plan provided to SLC by Stagg.

**SL Consulting**                                              Business & Financial Advisory Services

Since Aurora is MAS' sole subsidiary and MAS does not have any business operations other than its role as a holding company, we attribute no incremental value to MAS other than the value of Aurora. The valuation is therefore based solely on information relating to Aurora

### 3.1 Basis of Valuation

(a) Valuation is based on a discounted cashflow basis using estimated cashflows over 3 years, exhibiting modest growth, together with the value of the patent (see below). It is assumed that at the end of the three years all existing contracts have terminated and the only value remaining in the business is the patent representing the terminal or residual value in the business.

(b) Cashflows are based on the 12 month (2012) forward looking model provided by Stagg, extrapolated for a further 2 years with modest increases in cards issued and average Load amounts.

(c) Cashflows are based on contracts with the following companies:
   i. Gateway
   ii. 1199
   iii. Affinion
   iv. Waspit
   v. Becks
   vi. Planet Cellular
   vii. Ebates

(d) To date only one contract has been signed with Gateway. The company expects to sign other contracts in January and February 2012.

(e) Gameday, a potential client, is not included in any valuation based on the absence of data and low likelihood of successful conversion of the prospect.

(f) It is assumed that no further contracts are signed by the company.

(g) It is assumed that cards issued in Year 2 will increase by 20% and in year 3 by 25%.

(h) It is assumed that Load will increase by 5% per annum in years 2 and 3.

(i) It is assumed that general costs will increase by 5% in years 2 and 3.

(j) The Patent has been given a value of $1,500,000 in three years time. The value of the patent has been calculated on the basis of a multiple of 1.5x the Net Present Value of the cashflow stream excluding any value for the patent.

(k) The valuation is achieved on the basis of discounted cashflow of the net cashflows over 3 years plus the value of the patent at the end of year 3. The DCF is calculated using a discount rate of 35% to reflect the high risk associated with this company.

### 3.2 Other Assumptions

(a) The valuation is based on information provided to SLC by Stagg.

(b) Litigation – Aurora was named as a plaintiff in two litigation cases i.e. (i) Babi and others and (ii) Veritech and others. SLC understands that neither is case is likely to result in any financial loss for Aurora.

Business & Financial Advisory Services

### 3.3 Valuation

Based on the above, the value of MAS based on the Aurora business plan and the above assumptions is:

## US$ 1.575 million

### 3.4 Valuation of Shareholders equity interests

SLC has been advised that the companies listed below have shareholdings in MAS and the value of their equity shareholdings, based on the valuation above, is as follows:

| Shareholder | % Holding[1] | Value of Holding |
|---|---|---|
| SV Special Situations Master Fund, Ltd. | 96.8% | $1,524,600 |
| 3V Capital Fund, Ltd. | 2.4% | $37,809 |

[1] A further 0.8% is held by a third party.

### 3.5 Discussion of Valuation and Conclusion

The valuation of MAS is subject to a number of limitations principally the short term nature of the Aurora business plan provided (12 months), the fact that contracts are currently in negotiation rather than signed, and the lack of forward visibility on new or incremental contracts. For that reason SLC has assumed no further contracts will be signed. It is also assumed that MAS will have no other subsidiaries or other than Aurora or undertake any other business under its own name.

In achieving the valuation SLC has assumed that all contracts currently in negotiation will be signed and have assumed modest growth figures for years 2 and 3 in the number of cards issued and the Load per card. In the event that not all the contracts are signed, SLC believes that the absence of any assumption regarding additional contracts and the modest growth figures means that the valuations will hold good through other account opportunities.

As part of its research SLC has examined other prepaid card offerings and believe that the features offered by Aurora, provide a high level of security for card issuers and holders that should prove attractive. Aurora holds the patent for the ToggleGUARD™ technology, which SLC believes is a considerable asset of the company and an important unique selling point for the Aurora offering. Valuing patents particularly in circumstances such as this where the business built on the patent is a start-up, is fraught with difficulties. SLC has therefore taken a conservative approach and valued it at 1.5x the net present value of the cashflow streams through our 3 year business plan cycle.

The company is heavily dependent on achieving the contracts it is currently negotiating or similar replacement contracts. Inability to convert these prospects in to real contracts or achieve the level of sales anticipated serious compromises the valuation of the company.

Nevertheless, SLC believes, from the information SLC has seen regarding prospective clients, from the product offering and the patented security features that number of new accounts and number of cards issued could substantially exceed the assumptions used in this valuation.

Yours truly

**Stephen Lyons**
Consultant