**CONFIDENTIAL**

# VALUATION

Of

## SV Special Situations Master Fund, Ltd

For

## 3V Capital Fund, Ltd

**REPORT PREPARED BY:**



STEPHEN LYONS
SL Consulting
Business & Financial Advisory Services

Tel:   +44 (0)1252 816244
Email:   stephen.lyons@btinternet.com

Date:   January 16, 2012

Business & Financial Advisory Services

## Valuation of SV Special Situations Fund, Ltd for 3V Capital Fund, Ltd

SL Consulting ("**SLC**") an independent UK based consulting company has been requested, by Scott Stagg ("**Stagg**"), a director of 3V Capital Fund, Ltd. ("**3V**"), a British Virgin Islands ("**BVI**") investment company, to value 3V's limited partnership interest in SV Special Situations Fund, Ltd. ("**SV**"), also a BVI investment company.

### 1. Analysis

SLC has been advised by Stagg that 3V'S investment portfolio includes a 0.57% equity interest in SV, for which it requires a valuation. SLC has been provided with the following information on which to value this equity interest:

   i.   Unaudited balance sheet prepared by management.
   ii.  Bank statement from J.P. Morgan Chase Bank N.A. verifying the cash amounts.
   iii. Broker statement from Gar Wood Securities LLLC verifying the other investments held.

### 2. SV Balance Sheet

On the asset side the SV balance Sheet comprises 3 items:

| | |
|---|---:|
| Cash | $284,428.31 |
| Investment in MAS Global Solutions LLC ("MAS") | $1,524,600.00 |
| Other Investments | $32,888.50 |
| Total | $1,841,916.81 |
| The liabilities of the company comprising creditors and claims are | $7,687,062.00 |
| The net worth of the company is therefore | $(5,845,145.19) |

### 3. Valuation

### 3.1 Cash

The cash amount quoted above is verified by bank statements dated January 16, 2012 and we therefore concur with the amount stated.

### 3.2 Investment in MAS Global Solutions LLC

The primary asset of SV is therefore its investment in MAS which accounts for 82.8% of the company's assets. MAS is a privately owned corporation established in the state of Delaware, whose office is currently located at 100 Manhattanville Road, Suite 1E05, Purchase, NY 10577. MAS is a Holding Company whose sole subsidiary is Aurora Financial Systems Inc. ("**Aurora**"), of which MAS owns 100%.

Aurora is a payment processing platform primarily for general purpose reloadable (GPR) and Gift cards generally known as prepaid cards, debit and credit cards, fleet cards, corporate cards etc., which are frequently backed by Visa or MasterCard.

SLC has recently undertaken a valuation of MAS on a forward looking basis based on behalf of SV for the purpose of calculating the value of SV's equity interest in MAS. SV owns 96.8% of MAS, which we have valued at $1,524,600 (the amount shown in SV's current balance sheet). We therefore stand by our valuation of MAS in calculating the value of SV.

### 3.3 Other Investments

With regards the items listed under "Other Investments", we note the following breakdown:

i. "Other Investments" comprises both equities and fixed income investments.

ii. Equities includes investments in 6 companies:

   a. two of which are publicly quoted: Delta Air Lines Inc (DAL), quoted on the NYSE) and Smart SMS Corp (STMC) an OTC stock quoted in the US "Pink Sheets".

   b. Four of the investments are private or delisted companies: American Restaurant Group, IdleAire Technologies Corp., Mirant Corp., and Mirant Trust I Conv ESC 6.25%.

iii. Fixed income includes 52 bonds comprising a mix of, mortgage backed securities (various), corporate bonds (IdleAire), pass through certificates (United Airlines) and 7 options (Spiralfrog)

In terms of valuing the "Other Investments", we are advised that

i. the fixed income investments are all non-performing and that SV is no longer receiving payments of principal or interest. Based on this information and SLC's own experience of the markets, it is SLC's opinion that:

   a. In the case of mortgage backed securities, which comprise a significant portion of the portfolio, we do not anticipate payments of interest or principal being paid on most tranches and consequently SLC ascribes a zero value.

   b. In the case of United Airlines pass through certificates, these were restructured during UAL's bankruptcy and the bonds outstanding represent residual interests, but where there are no longer assets generating cash to repay the outstanding bonds. Again SLC ascribes a zero value.

   c. The corporate bonds include IdleAire (see below under equities) and Southern Energy Inc (see below under Mirant). In the current market SLC sees little or no value and consequently ascribes a zero value.

   d. Spiralfrog ceased operations in 2009; SLC sees no possibility of recovery and consequently ascribes zero value.

ii. The Private equities we value all of these at zero for the following reasons:

   a. IdleAire filed for bankruptcy protection on May 12, 2008 and officially closed in January 2010.

   b. American Restaurant Group, Inc.'s Class A Stock was delisted from the OTC System effective June 30, 2011 due to the inactivity of securities.

   c. Mirant Corp (and Mirant Trust) do not trade and have zero value. Mirant was in bankruptcy between 2003 and 2006. SLC considers that there will be no further value in these equities.

iii. The public equities are considered to have value as follows:

   a. SV owns 1,385 shares in Delta Air Lines Inc. The last price for this stock (Friday, January 13, 2012) was $8.85 giving a value of $12,257. Since the average share price over the last 3 months has been $8.06, SLC accepts the SV valuation of $11,246.20.

SL Consulting                                                    Business & Financial Advisory Services

    b.  SV owns 19,675,000 shares in Smart SMS Corp. The last price for STMC stock was $0.0028 on Friday, January 13, 2012, which would nominally value the shares at $55,090. STMC stock trades infrequently and the average number of shares traded based on is generally lower. 19,675,000 shares would be an exceptionally high number of shares to trade for this company and it is doubtful that it could be done in a single sale or at the last price. SMC therefore considers that the value of $21,642.50 represents a more accurate value of the company that utilising the last price.

### 3.4 Liabilities

The liabilities side of the balance sheet has not been verified or scrutinised as the purpose of this valuation was to consider the assets (investments) of the company. It is understood that the liabilities include amounts owed to creditors. For the purpose of valuing the net worth of the company it is assumed the liabilities are therefore as stated.

### 3.5 Net Worth

Based on our analysis of the company's investments and the amount of the company's liabilities (creditors and claims) as set out in the balance sheet we concur with the company management's view that the Net Worth of the company is negative and the value is of the order of **$(5,845,145.19)**, (negative five million, eight hundred and forty five thousand, one hundred and forty five dollars and 19 cents), subject to the caveats below.

### 3.6 Caveats

The valuation is based on limited information provided to SLC and subject to the following caveats:.

    i.  The primary asset of the company is its investment in MAS which has been valued on a forward looking basis. The value is heavily dependent on the company achieving its forecast targets for new contracts.
    ii.  In view of the size of the SMS Smart Corp shareholding and limited market for these shares, the value may even be considerably lower than $21,642.
    iii.  No details regarding the liabilities of the company has been provided.

### 4. Value of 3V Equity Interest in SV

SLC is advised that 3V's shareholding in SV is 0.57%. Based on the valuation of SV's Net Worth of **$(5,845,145.19)**, then 3V's equity interest in SV has zero value.

Yours truly

*[signature]*

**Stephen Lyons**
Consultant