UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND, LTD.,

       Plaintiff,                              Case No.  3:08cv1769 (SRU)

       - against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,        JANUARY 18, 2012

       - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

------------------------------------------------

**AFFIRMATION IN FURTHER
SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION
TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER**

       Andrew Kazin, an attorney at law duly admitted to practice before the courts of the District of Connecticut, and not a party to this action, hereby affirms the following under penalty of perjury:

       1.    I am a member of Stagg, Terenzi, Confusione, & Wabnik, LLP, attorneys for plaintiffs SV Special Situations Master Fund Ltd. (SV Master Fund), and 3V Capital Master Fund, Ltd. (3V Master Fund), and as such am fully familiar with the facts and circumstances of this matter as set forth herein.

2. I respectfully submit this affirmation in further support of SV Master Fund's supplemental motion to reconsider that portion of the Court's July 8, 2011 order that required SV Master Fund to escrow $4.1 million for Gary Katcher.

3. During the January 11, 2012 conference, the Court allowed SV Master Fund to offer additional information regarding why it lacks the financial ability to escrow $4.1 million. The Court indicated SV Master Fund should be able to escrow the $4.1 million because it owns virtually all stock of MAS Global Solutions, Inc, an entity that acquired all assets of Smart SMS, Inc. ("Smart")  The Court noted that those assets were worth approximately $23 million in January 2010.

4. As set forth in the accompanying affidavit of Scott A. Stagg, the current value of Smart's former assets is approximately $1.575 million because two of Smart's three former subsidiaries are no longer operating. Aurora Financial Systems, Inc., the only remaining subsidiary, is valued at 1.575 million. (Stagg Affidavit)

5. The Court also suggested that SV Master Fund post a $4.1 million bond to secure Katcher's anticipated judgment. Our office has contacted the following ten bonding companies:

    1. Atlantic Bonding Company

    2. Bryant Surety Bonds

    3. Century Surety Company

    4. Colonial Surety Company

    5. Developers Surety & Indemnity Company

    6. Alleghany Casualty

    7. American Surety Company

    8. First Sealord Surety, Inc.,

9. Suretybonds.com

10. Suretybondcompany.com

Each company informed us that it would not issue a $4 million dollar bond without one hundred percent cash collateral.

6.      Finally, we were informed by SV Master Fund that on January 11, 2012 SV Master Fund received a $206,360.78 payment on one of its prior investments.  Those funds, as well as all but $1,428.31 previously in SV Special Situations Master Fund Inc.'s (SV Master Fund LLC) account, have been transferred to the firm of Cohn, Birnbaum & Shea, to be held in escrow.  The total amount transferred to escrow is $283,000.[1]

Dated:  January 18, 2012

                                                                    /s/  Andrew Kazin
                                                                    Andrew Kazin (ct-24833)

---

[1] A small amount must be maintained in the SV Master Fund LLC account for bank fees that are automatically assessed.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

       Plaintiffs,                        Case No. 3:08-cv-01769-SRU

- against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,

- against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

------------------------------------

## CERTIFICATE OF SERVICE

     I hereby certify that on January 18, 2012, a copy of the foregoing AFFIRMATION IN FURTHER SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION TO RECONSIDER A PORTION OF THE JULY 8, 2011 ORDER was filed electronically and served by mail on anyone unable to accept electronic service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                        STAGG, TERENZI, CONFUSIONE
                        & WABNIK. LLP

BY:      s/ Andrew Kazin
       ANDREW KAZIN (ct-24833)
       Attorneys for Plaintiffs SV Special Situations
       Master Fund Ltd. and 3V Capital Master Fund Ltd.
       **Office & P.O. Address:**
       401 Franklin Avenue, Suite 300
       Garden City, New York 11530
       Tel: (516) 812-4500
       Fax:  (516) 812-4600
       Email:  akazin@stcwlaw.com