**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

               Plaintiffs,                          Case No. 3:08-cv-01769-SRU

- against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

               Defendants/Third-Party Plaintiffs,        January 20, 2012

         - against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

        Third-Party Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e) of the District Court of Connecticut, the undersigned counsel, Haley E. Olam hereby seeks leave of court to withdraw her appearance in the above captioned matter on behalf of plaintiffs SV Special Situations Master Fund Ltd and 3V Capital Master Fund Ltd., and third-party defendants, Scott A. Stagg and 3V Capital Management LLC.

The undersigned counsel will no longer be an associate at Stagg, Terenzi, Confusione & Wabnik, LLP, effective January 20, 2012.  The above named plaintiffs and third-party defendants were notified of her departure and will remain represented by counsel with entered appearances by Cohn Birnbaum & Shea, P.C. and Stagg, Terenzi, Confusione & Wabnik, LLP. This withdrawal is solely with respect to the undersigned counsel individually.

Wherefore, the undersigned respectfully requests that this Court grant this Motion to Withdraw her appearance on behalf of the above named plaintiffs and third party defendants in this matter.

Dated:   Garden City, New York
         January 20, 2012

                    Respectfully Submitted,


                    By: s/Haley E. Olam
                        Haley E. Olam, ct-27805
                        STAGG, TERENZI, CONFUSIONE
                        & WABNIK, LLP
                        401 Franklin Avenue, Suite 300
                        Garden City, NY  11530
                        (516) 812-4500

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 20, 2012 a copy of the foregoing was filed electronically sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


<u>s/Haley E. Olam</u>
Haley E. Olam   (ct-27805)