UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV Special Situations Master Fund Ltd., et al.,<br>     Plaintiffs,<br><br>     v.<br><br>Knight Libertas, LLC, et al.,<br>     Defendants. | No. 3:08cv1769 (SRU) |

## CONFERENCE MEMORANDUM

On January 11, 2012, I held a telephone conference on the record with Andrew Kazin, Thomas Stagg, and Debra Wabnik representing the plaintiffs; Jeff Robertson, Howard Schiffman, and Andrew Wright representing the defendants; and Robert Sprague, Adam Wesiman, and Mike Brodsky of Deloitte Financial Advisory Services LLP ("Deloitte"). The purpose of the conference was to discuss defendants' request for documents from Deloitte, and plaintiffs' pending motion for reconsideration.

I denied defendants' request that Deloitte turn over documents that detail how plaintiffs have paid for the company's services. I then turned to the plaintiff's motion for reconsideration of a portion of the July 8, 2011 order. I reiterated that plaintiff has failed to show that it does not have financial capacity to comply with my order. Plaintiff requested an additional week to submit proof of Mas Global's depreciated value. I granted their request. Plaintiffs shall file their report by the close of business on January 20, 2011.

Dated at Bridgeport, Connecticut, this 20th day of January 2012.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge