UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br> JANUARY 24, 2012 |

## MOTION FOR LEAVE TO WITHRAW APPEARANCE OF JENNIFER W. SHUFRO

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned counsel of record for defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC, and Gary Katcher (collectively, the "Defendants"), hereby respectfully moves to withdraw her appearance herein.

Other counsel of Shipman & Goodwin LLP and Schulte Roth & Zabel LLP for the Defendants have duly appeared and remain as counsel for the Defendants herein, in the place and stead of the undersigned.

WHEREFORE, the undersigned respectfully asks that this motion be granted, together with such other and further relief as the Court deems proper.

    Respectfully submitted,

By: /s/ Jennifer W. Shufro
Jennifer W. Shufro (admitted *pro hac vice*)
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Tel. (212) 756-2370
Fax (212) 593-5955
Email: Jennifer.Shufro@srz.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Eric Lubochinski
Eric Lubochinski (ct25842)

2122367v1