# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Han Sheng Beh*
Jason R. Bleck*
Jacqueline M. Della Chiesa
Patrique Denize
Cara M. Goldstein
Ronald P. Labeck
Brian Lacoff*
Michael Kwiatkowski*
Elan L. Nieves*
Jessica M. Prunell
Justin Rowe
Sahar Shirazi
Michelle E. Tarson*
Shawn Tock°

401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
(212) 324-3800

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Of Counsel
John C. Polera∆
Kristen Renzulli*
Viktoria S. Garo

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC
°Also Admitted Ontario

February 15, 2012

**VIA ECF**
The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, Connecticut 06604

Re: SV Special Situations Master Fund Ltd. v. Knight Libertas LLC, et al.
No. 3:08cv1769 (SRU)

Dear Judge Underhill:

We represent plaintiffs 3V Capital Master Fund Ltd. and SV Special Situations Master Fund Ltd. in this matter. We received the report of court-appointed expert Deloitte Financial Advisory Services LLP ("Deloitte")[1] regarding which defendants received and/or benefitted from the $8.9 million stolen from 3V Master Fund. (Doc. 289.) Based upon the report and in accordance with your July 8, 2011 Order, we renew our request for summary judgment on SV Master Fund's statutory theft claims related to the Stelco and Transport transactions.

---

[1] A copy of the Deloitte report is annexed as Exhibit "A."

The Honorable Stefan R. Underhill
February 15, 2012
Page 2

On July 8 2011, Your Honor held that "defendants, collectively, admit to having in their possession, *without a claim of right*, $8,938,574.64 wrongly obtained from 3V Capital Master Fund." [emphasis added] (Doc. 281 p.1.) The Court, however, held SV Master Fund's summary judgment motion in abeyance because it was unsure of which defendants received and/or benefitted from the $8.9 million and questioned SV Master Fund's standing.[2]

Deloitte's report confirms that Libertas Holdings LLC received and withheld the $5,836,043.10 associated with the Stelco transfer and that Katcher improperly received $8,333.33 of these funds. (Weisman Report p. 7.) It also confirms that Libertas diverted and failed to return the $3,102,531.47 associated with the Transport transaction. (Weisman 11(i).) Based upon these findings, summary judgment should be awarded to SV Master Fund on its statutory theft claim against Libertas Holdings, Knight Libertas and Katcher.[3] *See* Conn. St. § 52-564; *Blackwell v. Mahmood*, 992 A.2d 1219 (Conn App. 2010) (defendant liable for statutory theft because he wrongfully withheld funds from plaintiff without a claim of right). SV Master Fund is also entitled to treble damages on these claims as a matter of law. Id.

Pursuant to Connecticut Statutes § 37-3a, SV Master Fund is also entitled to 10 percent interest from the date the funds were stolen. While the trebling of this interest owed is discretionary, it is particularly appropriate here because Katcher used the misappropriated funds to sell Libertas for what Your Honor accurately characterized as a "sizable fortune." (Doc. 281 at 1.) *See Suarez-Negrete v. Trotta*, 47 Conn. App. 517, 522, 705 A.2d 215, 219 (1998) (trebling of damages, including prejudgment interest); *Lauder v. Peck*, 11 Conn. App. 161, 167-68, 526 A.2d 539, 542 (1987) (same); *Chernick v. Johnston*, 2005 WL 528405, at *6 (Conn. Super. Ct. Jan. 28, 2005) (same).

Based upon the foregoing, it is respectfully requested that SV Master Fund be granted summary judgment on its sixth and seventh counts.

                Respectfully submitted,

                s/ Andrew Kazin

                Andrew Kazin (ct 24833)

AK/jr

---

[2] SV Master Fund further established its standing through a memorandum and affidavit submitted on August 5, 2011. (Doc. 299, 299-4.)

[3] Libertas Holdings changed its name to Knight Libertas Holdings. (Doc. 20 ¶¶ 1-2.)

The Honorable Stefan R. Underhill
February 15, 2012
Page 3


cc:     Ana Munoz, Esq.
        Howard Schiffman, Esq.
        Jeffrey F. Robertson, Esq.
        Andrew Wright, Esq.
        Frederick S. Gold, Esq.
        Eric Lubochinski, Esq.