UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., <br><br> Plaintiff, <br><br> - against - <br><br> KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, <br><br> Defendants/Third-Party Plaintiffs, <br><br> - against - <br><br> MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, <br><br> Third-Party Defendants. | Case No. 3:08cv1769 (SRU) <br><br><br> February 24, 2012 |

**DEFENDANTS' CROSS-MOTION FOR
SUMMARY JUDGMENT ON PLAINTIFFS' SIXTH AND
SEVENTH CLAIMS FOR UNLAWFUL STATUTORY THEFT**

Defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Partners LLC, Libertas Holdings LLC and Gary Katcher (together, "Defendants") respectfully move this Court pursuant to FED. R. CIV. P. 56 for summary judgment in their favor, dismissing the sixth and seventh claims asserted by plaintiffs SV Special Situations Master Fund Ltd. ("SV Master Fund") and 3V Capital Master Fund Ltd. ("3V Master Fund") (collectively, "Plaintiffs") in their third amended complaint ("TAC").

The record in this matter demonstrates that there is no genuine dispute regarding any facts material to these claims and that Defendants are entitled to judgment as a matter of law.

DOC ID-18252509.2

**ORAL ARGUMENT REQUESTED**

The undisputed facts establish that no Defendant received any portion of the Credit Suisse Transfer, thus defeating any basis for that statutory theft claim. The undisputed facts also prevent a finding of the required intent to permanently deprive as to each of the transfers Plaintiffs assert as the basis for their statutory theft claims: Defendants did not know about or participate in the transfers; withholding the at-issue funds during the pendency of this litigation does not establish the necessary intent; the at-issue funds have been placed in escrow pending resolution of this litigation; and, in any event, uncontroverted facts disprove any suggestion that Defendants concealed the at-issue transfers.

Under established Connecticut law and precedent, each of these undisputed facts is an independent reason why Plaintiffs cannot prevail on their statutory theft claims. Accordingly, Defendants assert that there is no genuine dispute as to these claims and that they are entitled to judgment as a matter of law.

This motion is supported by the undisputed facts of record, all established in the manner required by Rule 56(c), and by the accompanying memorandum of law and supporting materials filed in accordance with the Local Rules of this Court.

WHEREFORE, Defendants respectfully request that this motion be granted in full, together with such other and further relief the Court deems just and proper.

- 3 -

**DEFENDANTS,**
**KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS**
**HOLDINGS LLC, LIBERTAS HOLDINGS LLC,**
**LIBERTAS PARTNERS LLC AND GARY KATCHER**

By:  /s/ Jeffrey F. Robertson
Frederick S. Gold (ct03560)
Eric Lubochinski (ct25842)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT  06901
Telephone:  (203) 324-8100
Facsimile:  (203) 324-8199
E-mail: fgold@goodwin.com
E-mail: elubochinski@goodwin.com

And

Howard Schiffman, *pro hac vice*
Jeffrey F. Robertson, *pro hac vice*
Andrew P.C. Wright, *pro hac vice*
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: howard.schiffman@srz.com
E-mail: jeffrey.robertson@srz.com
E-mail: andrew.wright@srz.com

Their Attorneys

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey F. Robertson
Jeffrey F. Robertson