UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER,<br><br>Defendants/Third-Party Plaintiffs,<br><br>- against -<br><br>MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC,<br><br>Third-Party Defendants. | Case No. 3:08cv1769 (SRU)<br><br>February 24, 2012 |

### DECLARATION OF ANDREW P.C. WRIGHT
### IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

I, Andrew P.C. Wright, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of Maryland and the District of Columbia and have been admitted to appear *pro hac vice* in this action before this Court, and I am associated with the law firm Schulte Roth & Zabel LLP, co-counsel for Defendants/Third-Party Plaintiffs Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher (collectively "Defendants").

2. I respectfully submit this Declaration for the purpose of submitting to the Court excerpts of transcripts of depositions taken in this and related litigation between related

parties, and certain documents marked as exhibits in depositions, produced during discovery or publicly available, all in support of Defendants' Cross-Motion for Summary Judgment on Plaintiffs' Sixth and Seventh Claims for Unlawful Statutory Theft (the "Motion").

3. The statements in this Declaration are true to the best of my knowledge, information and belief.

4. Attached as exhibits to this Declaration are true and correct copies of the following documents and excerpts of deposition testimony and documents cited in the Motion:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Expert Report of Adam R. Weisman, dated February 10, 2012 |
| B | Excerpts from the transcript of the June 17, 2010 deposition of Gary Katcher |
| C | Excerpts from the transcript of the January 27, 2011 deposition of Scott A. Stagg |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 24, 2012

                                              /s/ Andrew P.C. Wright
                                              Andrew P.C. Wright

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey F. Robertson
Jeffrey F. Robertson