# Exhibit B

20100617.txt

                                                              339

1

2      UNITED STATES DISTRICT COURT

3      DISTRICT OF CONNECTICUT
       ------------------------------------------x
4      SV SPECIAL SITUATIONS MASTER FUND LTD.,
                       Plaintiff,
5              - against -
       KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
6      HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
       LIBERTAS PARTNERS LLC, and GARY KATCHER,
7                      Defendants/Third-Party Plaintiffs,
               - against -
8      MARK A. FOCHT, SCOTT A. STAGG, and
       3V CAPITAL MANAGEMENT LLC,
9                      Third-Party Defendants.
       Case No.: 308-CV-1769(SRU)
10     ------------------------------------------x

11                     919 Third Avenue
                       New York, New York
12
                       June 17, 2010
13                     11:47 a.m.

14

15             Continued Videotaped Deposition of

16     GARY KATCHER, before Melissa Gilmore, a Notary

17     Public of the State of New York.

18

19

20

21

22

23
                     REALTIME REPORTING, INC.
24              124 East Main Street, Suite 202
                    Babylon, New York 11702
25                     516-938-4000

                                                              340

1

```
                       20100617.txt
        2    A P P E A R A N C E S:
        3    STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
        4    Attorneys for Plaintiffs
        5         401 Franklin Avenue, Suite 300
        6         Garden City, New York 11530
        7    BY:  THOMAS E. STAGG, ESQ.
        8         DEBRA L. WABNIK, ESQ.
        9         HALEY E. OLAM, ESQ.
       10
       11    SCHULTE ROTH & ZABEL LLP
       12    Attorneys for Defendants/Third-Party Plaintiffs
       13         1152 Fifteenth Street, NW, Suite 850
       14         Washington, DC 20005
       15    BY:  HOWARD SCHIFFMAN, ESQ.
       16         ANDREW P.C. WRIGHT, ESQ.
       17
       18    ALSO PRESENT:
       19         SCOTT STAGG
       20         THOMAS M. MERRITT, Senior Managing Director
                      and Deputy General Counsel, Knight
       21             Capital Group
       22         ADDISON KIM and ROBERT GRIFFIN, Summer
                      Associates, Schulte Roth & Zabel
       23
                 BART TARULLI, Videographer
       24
       25
```

                                                          341

```
        1
        2              THE VIDEOGRAPHER:  We are back on
        3         the record.  It's Thursday, June 17,
        4         2010.  The time now is 11:47 a.m.,
        5         continuing the deposition of Gary
```

20100617.txt

```
19    assistance in reconciling the accounts.
20              Did there come a time where that
21    ceased to not be the case any longer, that he
22    would no longer be of great assistance?
23         A.   I believe, at the time, you know,
24    this was prior to his plea, where he -- I
25    believe that was it.  I think we believed that
```

                                                         353

```
 1                    Katcher
 2    Mark had more information and we wanted to
 3    know what that information was.
 4              We -- at the time we believed that
 5    somehow Scott was involved in this with Mark,
 6    and we were trying to get information in that
 7    regard, so...
 8         Q.   Well, two months ago, when you
 9    met with him in prison, did you still believe
10    that he could be of great assistance in
11    reconciling the accounts referenced in this
12    letter?
13         A.   I think that when he pleaded
14    guilty, he said he acted alone.  I think that
15    we felt that he would be less of a help in
16    sorting this all out.
17         Q.   And so is that why,
18    notwithstanding the representations made in
19    this letter ten months ago to the criminal
20    judge, is that why you decided, when you met
21    with him two months ago, not to ask him any
22    questions with regard to the transactions at
```

```
                        20100617.txt
11        A.    Correct.
12        Q.    Notwithstanding the fact that
13   about nine or ten months before, your
14   attorneys made a special request to the
15   criminal court judge to find out what -- as
16   set forth in this letter, where money may have
17   been transferred.
18        A.    Well, as I stated before, I now
19   have a different attorney, so...
20        Q.    At the time that you met with
21   Mr. Focht, had you already figured out where
22   the money may have been transferred?
23        A.    No, we had not.
24        Q.    Well, you know it was -- the
25   three transactions that we have been
```

                                                359
```
1                 Katcher
2    discussing now for two days, you know it was
3    transferred to Libertas from the hedge fund,
4    correct?
5         A.    That's not correct.
6         Q.    In what way?
7         A.    I would think --
8         Q.    With respect to Credit Suisse.
9    Other than Credit Suisse. With regard to
10   Stelco and the Payroll transfer, that money
11   went directly to Libertas or an affiliate of
12   Libertas, correct?
13        A.    Right, but I do not believe that
14   Mark Focht wired $12 million to Libertas or to
```

20100617.txt

| | | |
|---|---|---|
| 15 | | Credit Suisse and went to jail for it. |
| 16 | Q. | What do you believe? |
| 17 | A. | I believe that there's something more that's happened here that we don't know, or have not been able to find out yet. |
| 20 | Q. | Well, you know the Stelco funds and the Payroll funds were wired to Libertas or an affiliate, correct? |
| 23 | A. | Uh-huh. |
| 24 | Q. | Is that a yes? |
| 25 | A. | Yes. |

360

1  Katcher
2  Q.  And you know with respect to the
3  Credit Suisse transfer that money was wired to
4  Credit Suisse, right?
5  A.  Correct.
6  Q.  And you know that Mr. Focht
7  entered a guilty plea in which he said that
8  those transactions were not authorized,
9  correct?
10  A.  I don't recall that.
11  Q.  Okay. But that's your
12  understanding, isn't it?
13  A.  Correct.
14  Q.  And you know that Mr. Focht, in
15  his guilty plea, attested to that, to the
16  transfers, that Libertas received the benefit
17  of those transfers, correct?
18  A.  I'm not sure of the wording of

Page 19

20100617.txt
19  that, but it's something to that, yeah.
20       Q.    That's more or less your
21  understanding, is that what you are saying?
22       A.    Correct.
23       Q.    My question to you, sir, is,
24  following receipt of those funds with regard to
25  those three transactions in particular, do you

361
1                    Katcher
2  have an understanding, sitting here today,
3  where those funds ended up or as to quote the
4  language in the letter, "to determine where
5  the money may have been transferred"?
6              Did it go someplace other than
7  Libertas or Credit Suisse with regard to the
8  Transport transaction?
9        A.    As of yet, we have not determined
10 where the money went.
11       Q.    So you know it went to Libertas
12 with regard to Stelco and the Payroll
13 transfers, and went to Credit Suisse with
14 regard to the Transport transfer?
15       A.    Correct.
16       Q.    And you know that it was for
17 Libertas' benefit, but you don't know what
18 happened following that?
19       A.    Well, Mark said it was for
20 Libertas' benefit, or something like that, but
21 we don't know what happened to it after,
22 correct.

Page 20

```
                        20100617.txt
23        Q.      Do you take issue with that?  Is
24   it your position that those three transactions
25   were not for Libertas' benefit?
```

```
                                             362
 1                     Katcher
 2        A.      I don't think that Mark Focht
 3   wired $12 million for the benefit of Libertas
 4   and went to jail for it.
 5        Q.      Whose benefit was it?
 6        A.      I think -- the ultimate benefit.
 7   I don't know the answer to that.  I don't have
 8   a good answer for you.
 9        Q.      Who benefited, as you sit here
10   today?  We know Libertas benefited.
11              MR. SCHIFFMAN:  You have got to
12        stop arguing with him.  He has now
13        answered it.
14              He doesn't know who has
15        benefited.  He doesn't believe that the
16        ultimate benefit was Libertas.  That's
17        his testimony.  That's his belief.
18              He has told you that he doesn't
19        know who benefited, but he doesn't
20        believe it's Libertas.  That's his
21        testimony.
22              Now, if you like it or you don't,
23        that's his testimony.
24        Q.      And what's the basis of that
25   belief? Having -- I believe we're 18 months
```

20100617.txt

17 Management, LLC?
18     A.    I'm not a lawyer, so I'm not sure
19 why the lawyers put that in there.
20     Q.    Are you aware of any facts that
21 would support that allegation?
22     A.    I'm not sure.
23     Q.    What facts are you aware of that
24 would support the allegation against Scott
25 Stagg set forth in paragraph 38?

384

1     Katcher
2     A.    I believe Scott effectuated the
3 wires.
4     Q.    Moving on to paragraph 40, it
5 states, "Focht was responsible for settling the
6 actual Stelco transfer."
7     Did I read that accurately?
8     A.    Yes, you did.
9     Q.    Did you have any conversations
10 with Mr. Focht with respect to his settling
11 the actual Stelco transfer referred to in
12 paragraph 40?
13     A.    I did not.
14     Q.    What's the basis of this
15 allegation that Focht was responsible? Is
16 that based on your understanding of his
17 responsibilities or something else?
18     A.    It would be based upon my
19 understanding of his responsibilities as the
20 operational -- chief operations officer for

Page 40

20100617.txt

```
 9              MR. SCHIFFMAN:  But, again, when
10         you say all third-party defendants, when
11         it says one or more, I assume you're --
12         why don't you rephrase the question,
13         correctly citing the paragraph.
14         Q.   What evidence, sir, what facts do
15    you have, as you sit here today, that one or
16    more, that any of the third-party defendants
17    concealed the Stelco transfer from Libertas or
18    from you?
19              MR. SCHIFFMAN:  Other than what he
20         has testified to that he didn't know
21         about it, right?  He already answered
22         this question once.  He said I reached
23         that because I didn't know -- none of us
24         knew about it.
25              MR. STAGG:  I'm not going to argue
```

                                               390

```
 1                   Katcher
 2    with you, Howard.
 3         Q.   I would like an answer to the
 4    question that I posed.
 5         A.   I was never told about it.  I
 6    knew nothing about any of the wirings that
 7    took place in regard to the Stelco
 8    transaction.
 9         Q.   Your ignorance, then, of the
10    transfer forms the basis of the allegation that
11    the transfer was concealed from you?
12         A.   It's -- I would say, to the
```

Page 45

20100617.txt

```
13      extent that there was something going on here
14      that was inappropriate in terms of the
15      allegations here that $5 million was wired to
16      Libertas for the benefit of Libertas, that was
17      concealed from me.  I knew nothing about that.
18           Q.    And what facts do you have to
19      support that?
20           A.    The truth.
21           Q.    What truth?
22           A.    That I didn't know anything about
23      it.  Nobody ever told me about it.
24           Q.    I think we are going in circles
25      here, and I certainly don't want to be
```

391

```
1                       Katcher
2       argumentative with you.
3                 What I want to understand is what
4       facts do you have -- and let's deal with
5       this -- let's break it down.
6                 What facts do you have that Scott
7       Stagg concealed the Stelco transfer from
8       Libertas or from you?
9                 MR. SCHIFFMAN:  Objection,
10          argumentative, but if you can answer it,
11          you can answer it.
12           A.    That Scott Stagg did?  I --
13      Scott -- I don't.
14           Q.    You don't have any facts to
15      support that, correct?
16           A.    Correct.
```

Page 46

20100617.txt

24  the hedge fund to Paychex to pay the
25  February 15, 2007 payroll for Libertas.

441

1                       Katcher
2       A.      I don't have any facts.
3       Q.      I'm sorry. What?
4       A.      I don't have any facts.
5       Q.      Same question with regard to
6  third-party defendant, 3V Capital Management,
7  LLC. Was there somebody at that company that
8  actively concealed the transfer with respect
9  to the Payroll transfer?
10      A.      Not that I know of.
11      Q.      Isn't it your contention, sir,
12  that it was Mark Focht who concealed it from
13  you in his capacity as either an employee or
14  someone who performs services, payroll
15  services or administrative services for
16  Libertas?
17      A.      No. I would say I believe it's
18  Mark Focht and Scott Stagg that concealed it
19  from me.
20      Q.      I'm sorry. That what?
21      A.      That concealed it from me.
22      Q.      I just asked you to describe or
23  give me facts that support --
24      A.      I don't have the facts that
25  support it, but it's my belief that they

442

20100617.txt

| | |
|---|---|
| 1 | Katcher |
| 2 | both -- that they did it and concealed it from |
| 3 | me. |
| 4 | Q. Why? |
| 5 | A. Well, you could look at the |
| 6 | timing of it very suspect, February 14, March |
| 7 | 6, as I have said many times, Scott and Mark, |
| 8 | who had plotted for months to steal the hedge |
| 9 | fund, for months are building a parallel |
| 10 | location, in the middle of the night move out. |
| 11 | I thought many times that Scott, |
| 12 | being the smart guy that he is, probably sought |
| 13 | legal counsel before moving out in the middle |
| 14 | of the night, that he probably sought legal |
| 15 | counsel for, okay, what probably happens now, |
| 16 | what steps should I take, because obviously, in |
| 17 | most instances, when one partner tries to |
| 18 | steal a hedge fund from another partner, a |
| 19 | lawsuit ensues. |
| 20 | So Scott would take steps to |
| 21 | ensure that if I were to sue him, that he had |
| 22 | done certain things to be able to say in that |
| 23 | lawsuit, well, hey, I had paid Gary back, I had |
| 24 | paid Libertas back for all the expenses that |
| 25 | 3V -- that Libertas had incurred on behalf of |

443

| | |
|---|---|
| 1 | Katcher |
| 2 | 3V, so... |
| 3 | Q. I didn't mean to cut you off. |
| 4 | A. So that was one thing I thought |

Page 91

20100617.txt

5   about.
6           Another thing I thought about was
7   that Mark and Scott had maybe taken money out
8   of Libertas and, you know, this was their way
9   of putting money back in.
10          Q.    But you found no evidence of
11  that?
12          A.    No evidence.
13          Q.    So let me understand with respect
14  to your first theory. Scott and Mark
15  conspired together to steal money from the
16  investors in the master fund, and to transfer
17  it to Libertas to pay the employees of
18  Libertas their bonuses, salaries and
19  commissions in or about February 2007?
20              MR. SCHIFFMAN:  Objection.
21          Q.    Is that your theory?
22          A.    I don't think I said that at all.
23          Q.    I'm sorry. It sounded to me that
24  you said that this was a setup of sorts.
25  Before Scott moved his office --

                                              444
1                    Katcher
2           A.    Right.
3           Q.    -- he wanted to have something on
4   you? Is that it? And he would have something
5   on you by --
6           A.    I didn't say that either.
7           Q.    Okay. Then I didn't follow then.
8           A.    I said Scott probably sought

20100617.txt

```
18    done from the 3V hedge fund into, directly
19    into Paychex to conceal the fact that money
20    had been taken out, and was now being put back
21    in.  So then Libertas would not have benefited
22    from that occurring.
23         Q.    When you said money had been
24    taken out --
25         A.    By either Scott or Mark or both
```

463

```
 1                     Katcher
 2    of them.
 3         Q.    What money are you talking about?
 4    Are you talking about the expenses that had
 5    been incurred?
 6         A.    No.  I'm talking about when we --
 7    you know, another theory was that money had
 8    been taken out of Libertas, and this was a way
 9    that Scott and Mark were putting it back in.
10    That's why it was concealed to us, that we
11    never saw this.
12         Q.    And do you have any facts, as you
13    sit here today, to support that theory?
14         A.    Absolutely none.
15         Q.    Do you still believe that to be
16    the case?
17         A.    I don't know the answer to that.
18         Q.    But you have uncovered no
19    evidence in your investigation that would
20    indicate that -- that Scott Stagg took money
21    from Libertas, and that this was some sort of
```

20100617.txt

```
22   reimbursement, correct?
23        A.     Correct.
24        Q.     We can agree, can't we, that it
25   would be a benefit to Libertas to have somebody
```

                                                           464
```
1                        Katcher
2    else other than Libertas pay its payroll for
3    any particular payroll period, right?
4         A.     Yes.
5         Q.     And that's exactly what happened
6    here, isn't it?
7              MR. SCHIFFMAN:  Objection.
8         Q.     That someone other than Libertas
9    paid the February 15, 2007 payroll?
10             MR. SCHIFFMAN:  Objection.  That's
11        not his testimony.
12        A.     As I stated earlier, had somebody
13   been putting money back in that they had
14   previously taken out, then it wouldn't be a
15   benefit.  It would just be putting money back
16   that was taken out prior.
17        Q.     It would be net/net?
18        A.     Correct.
19        Q.     But there's no other side of the
20   net here.  There's no -- other than this
21   allegation, there's nothing that you have
22   discovered that would support the theory that
23   money was stolen from Libertas, and that this
24   transfer, this Payroll transfer was some form
25   of reimbursement for that stolen transfer.
                        Page 110
```

```
                        20100617.txt
15      benefit?
16           A.      I believe in both instances,
17      myself personally and also Libertas.
18           Q.      Well, if we were to believe
19      Mr. Focht, as set forth in his guilty plea --
20      as he sets forth in his guilty plea, he stated
21      that the Stelco transfer and the Credit Suisse
22      transfer, or otherwise known as the Transport
23      transfer, were obligations that were paid for
24      by the master fund for the benefit of Libertas,
25      correct?
```

                                                        612
```
1                        Katcher
2            A.      That's what he said, yes.
3            Q.      And your statement in this
4       affidavit is that that wasn't -- that wasn't
5       true, it didn't benefit Libertas?
6            A.      As I have stated earlier, I do
7       not believe that Mark Focht wired $12 million
8       to the benefit for Libertas and went to jail
9       for it.
10           Q.      My question, though, is whether
11      you believe his statement that Libertas
12      received a benefit in connection with those
13      transfers?
14           A.      We had this conversation earlier,
15      and I stand by my earlier testimony.  I do not
16      believe that Mark Focht wired $12 million to
17      Libertas for the ultimate benefit of Libertas.
18           Q.      And based on that belief, you
```
                            Page 239

20100617.txt
```
19   state, in paragraphs 28 and 30, that you did
20   not benefit from either the Stelco transfer or
21   the Credit Suisse, otherwise known as the
22   Transport transfer; is that correct?
23        A.   Correct.
24             MR. STAGG:  Just give me one
25   second.
```

                                                         613
```
 1                  Katcher
 2             (Discussion off the record.)
 3        Q.   Mr. Katcher, you stated earlier
 4   that Mr. Focht informed you, during the course
 5   of your meeting with him at the prison about
 6   two months ago, that Mr. Stagg had done some
 7   things and had engaged in conduct, certain
 8   conduct.
 9             Isn't it true, though, sir, that
10   you, in fact, have engaged in similar conduct
11   to the extent that you admitted to Mr. Stagg
12   that, at the time that you were engaged to your
13   wife, you had engaged in sexual relations with
14   a woman, a gymnast in particular, while in
15   Philadelphia?
16        A.   I have no idea what you are
17   talking about.  I would think that is --
18        Q.   Do you deny it?
19        A.   I deny it.
20        Q.   So it's your testimony that,
21   while engaged to your current wife, you didn't
22   engage in sexual relations on more than one
```