UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND LTD.
and 3V CAPITAL MASTER FUND LTD.,

       Plaintiffs,                              Case No. 3:08-cv-01769-SRU

- against -

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

       Defendants/Third-Party Plaintiffs,

- against -

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

       Third-Party Defendants.

---

CERTIFICATE OF SERVICE

     I hereby certify that on March 16, 2012, a copy of the foregoing PLAINTIFFS' LOCAL RULE 56(a)(2) STATEMENT IN OPPOSITION TO DEFENDANTS/THIRD-PARTY PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SIXTH AND SEVENTH CLAIMS FOR UNLAWFUL STATUTORY THEFT was filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          STAGG, TERENZI, CONFUSIONE
                                          & WABNIK. LLP

                          BY:       s/ Andrew Kazin
                                  ANDREW KAZIN (ct-24833)
                                  Attorneys for Plaintiffs SV Special Situations
                                  Master Fund Ltd. and 3V Capital Master Fund Ltd.
                                  **Office & P.O. Address:**
                                  401 Franklin Avenue, Suite 300
                                  Garden City, New York 11530
                                  Tel: (516) 812-4500
                                  Fax: (516) 812-4600
                                  Email: akazin@stcwlaw.com