# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SV SPECIAL SITUATIONS MASTER FUND LTD. and 3V CAPITAL MASTER FUND, LTD., | : : : : |
| Plaintiffs, | : : |
| - against - | Case No. 3:08cv1769 (SRU) : : |
| KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS HOLDINGS LLC, LIBERTAS HOLDINGS LLC, LIBERTAS PARTNERS LLC, and GARY KATCHER, | : : : : : |
| | March 27, 2012 |
| Defendants/Third-Party Plaintiffs, | : : |
| - against - | : : |
| MARK A. FOCHT, SCOTT A. STAGG, and 3V CAPITAL MANAGEMENT LLC, | : : : |
| Third-Party Defendants. | : : |

## MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC, and Gary Katcher (the "Defendants") respectfully move for an extension of time from March 30, 2012 to and including April 5, 2012, in which to reply to plaintiff's opposition to the Defendants' Cross-Motion to Summary Judgment on Plaintiffs' Sixth and Seventh Claims for Unlawful Statutory Theft (the "Cross-Motion for Summary Judgment"). In support of this motion, the undersigned attorneys for the Defendants respectfully represent:

DOC ID-18363228.1

1. The Defendants filed the Cross-Motion for Summary Judgment on February 24, 2012. Plaintiffs filed an opposition to the Cross-Motion for Summary Judgment on March 16, 2012. Accordingly, under Rule 7(d) of the Local Rules of Civil Procedure, the deadline for the Defendants to reply to plaintiffs' opposition is March 30, 2012.

2. A hearing has been scheduled on the Cross-Motion for Summary Judgment for April 13, 2012.

3. The requested additional time is needed for the Defendants and their undersigned counsel to analyze the issues raised in plaintiff's opposition, conduct appropriate factual and legal research, and to prepare appropriate consequent papers.

4. Defendants respectfully urge that the foregoing facts and circumstances constitute good cause for the granting of this motion.

5. Defendants' lead counsel, Schulte Roth & Zabel LLP, has spoken with plaintiff's counsel, namely, Andrew Kazin of Stagg, Terenzi, Confusione & Wabnik, and Attorney Kazin has consented to the extension of time sought herein.

6. No previous request for an extension of time has been sought for the deadline to be extended hereby.

7. This motion is being filed within the existing deadline sought to be extended hereby.

WHEREFORE, in view of all the foregoing, Defendants respectfully request that this Court grant an extension from March 30, 2012 to and including April 5, 2012, for Defendants to reply to plaintiff's opposition to the Defendants' Cross-Motion for Summary Judgment; together with such other and further relief as the Court deems proper.

-3-

Dated: March 27, 2012                                Respectfully submitted,


                        By:   /s/ Jeffrey F. Robertson
                              Frederick S. Gold
                              Eric Lubochinski
                              Shipman & Goodwin LLP
                              300 Atlantic Street, Third Floor
                              Stamford, CT 06901-3522
                              Tel. (203) 324-8100
                              Fax (203) 324-8199


                              Howard Schiffman, pro hac vice
                              Jeffrey F. Robertson, pro hac vice
                              Andrew P.C. Wright, pro hac vice
                              Schulte Roth & Zabel LLP
                              1152 Fifteenth Avenue, NW
                              Washington, DC 20005
                              Telephone:  (202) 729-7461
                              Facsimile:  (202) 730-4520


                              *Attorneys for Defendants/Third-Party Plaintiffs Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Partners LLC, Libertas Holdings LLC, and Gary Katcher*

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 27, 2012 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Jeffrey F. Robertson_____
       Jeffrey F. Robertson