UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SV SPECIAL SITUATIONS MASTER FUND
LTD. and 3V CAPITAL MASTER FUND LTD.,

    Plaintiff,

    - against –

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

    Defendants/Third-Party Plaintiffs,

    - against –

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

    Third-Party Defendants.

Case No. 3:08cv1769 (SRU)

JUNE 6, 2012

---

## PLAINTIFFS' AND DEFENDANTS' MOTION FOR SO ORDERING OF STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs SV Special Situations Master Fund Ltd. and 3V Capital Master Fund Ltd., and defendants Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher, and third-party defendants Scott A. Stagg and 3V Capital Management LLC respectfully request that the Court So Order the Stipulation annexed as Exhibit "A," which has been executed by counsel for all parties who appeared in the action.

Respectfully Submitted,

**STAGG, TERENZI, CONFUSIONE & WABNIK, LLP**

By:      s/ Andrew Kazin
      Thomas E. Stagg (ct-23429)
      Andrew Kazin (ct-24833)
Attorneys for Plaintiffs SV Special Situations
Master Fund Ltd. and 3V Capital Master Fund Ltd.
and Third-Party Defendants Scott A. Stagg and 3V
Capital Management LLC
**Office and P.O. Address:**
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                  s/ Andrew Kazin
                                            Andrew Kazin (ct-24833)