UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----

SV SPECIAL SITUATIONS MASTER FUND
LTD. and 3V CAPITAL MASTER FUND LTD.,

    Plaintiff,

- against –

KNIGHT LIBERTAS LLC, KNIGHT LIBERTAS
HOLDINGS LLC, LIBERTAS HOLDINGS LLC,
LIBERTAS PARTNERS LLC, and GARY
KATCHER,

    Defendants/Third-Party Plaintiffs,

- against –

MARK A. FOCHT, SCOTT A. STAGG, and 3V
CAPITAL MANAGEMENT LLC,

    Third-Party Defendants.

----

Case No. 3:08cv1769 (SRU)

JUNE 6, 2012

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiffs SV Special Situations Master Fund Ltd. and 3V Capital Master Fund Ltd. and defendants, Knight Libertas LLC, Knight Libertas Holdings LLC, Libertas Holdings LLC, Libertas Partners LLC and Gary Katcher, and third-party defendants Scott A. Stagg and 3V Capital Management LLC, to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, pursuant to to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above entitled action be, and the same hereby is, dismissed with prejudice, without costs or attorneys-fees to any party as against another. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile or other electronic transmission of this

stipulation shall be deemed an original.

<div style="display: flex;">
<div>

STAGG, TERENZI, CONFUSIONE
& WABNIK, LLP
Attorneys for Plaintiffs SV Special
Situations Master Fund Ltd. and 3V
Capital Master Fund Ltd. and Third-Party
Defendants Scott A. Stagg and 3V
Capital Management LLC

By:    s/ Andrew Kazin
       Andrew Kazin (ct-24833)
**Office & P.O. Address:**
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

</div>
<div>

SCHULTE ROTH & ZABEL, LLP
Attorneys for Defendants

By:   /s/ Andrew P.C. Wright
     Howard Schiffman (*pro hac vice*)
     Jeffrey Robertson (*pro hac vice*)
     Andrew P.C. Wright (*pro hac vice*)
**Office & P.O. Address:**
1152 Fifteenth Street, NW
Suite 850
Washington, DC 20005
(202) 729-7470

</div>
</div>

SO ORDERED:

_____
Hon. Stefan R. Underhill